# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/13/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00563SPK-KSC |
| CASE NAME: | Jeanne K. Endo v. United Public Workers, etc., et al. |
| ATTYS FOR PLA: | Clayton Ikei |
| ATTYS FOR DEFT: | Charles Price<br>Eric Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 12/13/2005 | TIME: | 2:00-2:10pm |

COURT ACTION:  EP: Final Pretrial Conference.  Final Pretrial Conference continued to 12/22/05 at 9:30am before Judge Chang.

Court has granted Defendant Gary W. Rodrigues' Ex Parte Motion to Shorten Time for Hearing Defendant Rodrigues' Motion to Continue Trial.

Third-Defendant Gary W. Rodrigues' Motion to Continue Trial shall be set on 12/22/05 at 9:30am before Judge Chang.  Opposition to be filed 48 hours before 12/22/05

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Jeanne Endo7,sa.wpd