# MINUTES

```
                                              FILED IN THE
                                       UNITED STATES DISTRICT COURT
                                            DISTRICT OF HAWAII
                                          12/21/2005 4:30 PM
                                          SUE BEITIA, CLERK
```

**CASE NUMBER:** CV 03-00563SPK-KSC

**CASE NAME:** Jeanne K. Endo        vs. United Public Workers, etc., et al.

**INTERPRETER:**

---

**JUDGE:** JUDGE KEVIN S. C. CHANG        **REPORTER:**

**DATE:** 12/21/2005        **TIME:**

**ROOM:**

---

**COURT ACTION:** EO

The time for Third-Defendant Gary W. Rodrigues' Motion to Continue Trial and the Final Pretrial Conference set for 12/22/2005 at 9:30 AM has been moved to 9:15 AM on 12/22/2005 before Judge Chang

cc: all counsel via fax

Submitted by: Shari Afuso, Courtroom Manager

# FACSIMILE COVER SHEET



**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**
Voice Contact Number (808) 541-3091
Fax Number (808) 541-1181

United States Courthouse PJKK Bldg.
300 Ala Moana Blvd Rm C-338
Honolulu, Hawaii 96850

TO:  ERIC SEITZ, 545-3608
     CLAYTON IKEI, 521-7245
     CHARLES PRICE, 526-9829

FAX NO:

FROM:  SHARI AFUSO

DATE SENT:  December 21, 2005

Number of pages including cover sheet  2

CONFIDENTIALITY NOTE:
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or if you have received this facsimile in error, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You..