## MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2005 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00563SPK-KSC |
| CASE NAME: | Jeanne K. Endo v. United Public Workers, etc., et al. |
| ATTYS FOR PLA: | Clayton Ikei |
| ATTYS FOR DEFT: | Charles Price<br>Eric Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 12/22/2005 | TIME: | 9:17-9:33:08am |

COURT ACTION: EP:
1. Third-Defendant Gary W. Rodrigues' Motion to Continue Trial
2. Final Pretrial Conference

Motion granted. Mr. Seitz to prepare the order. New trial date given. All dates that have passed remain closed. Amended Rule 16 Scheduling Conference Order to be issued. Status Conference set 3/22/06 at 9:00am before Judge Chang. In the event the Court of Appeal issues a decision before the 5/23/06 trial date, counsel advised that the trial date may be advanced.

1. Jury trial on May 23, 2006 at 9:00 a.m. before SPK
2. Final Pretrial Conference on April 11, 2006 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by April 4, 2006
5. File motions to Join/Add Parties/Amend Pleadings by October 21, 2005
6. File other Non-Dispositive Motions by February 22, 2006
7. File Dispositive Motions by December 21, 2005
8a. File Motions in Limine by May 2, 2006
8b. File opposition memo to a Motion in Limine by May 9, 2006
11a. Plaintiff's Expert Witness Disclosures by November 21, 2005
11b. Defendant's Expert Witness Disclosures by December 21, 2005
12. Discovery deadline March 24, 2006
13. Settlement Conference set for (on call)

14. Settlement Conference statements by
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 9, 2006
21. File Final witness list by May 2, 2006
24. Exchange Exhibit and Demonstrative aids by April 25, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 2, 2006
26. File objections to the Exhibits by May 9, 2006
28a. File Deposition Excerpt Designations by May 2, 2006
28b. File Deposition Counter Designations and Objections by May 9, 2006
29. File Trial Brief by May 9, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV03-563SPK-KSC
Jeanne Endo v. UPW, et al.
Amended Rule 16 Scheduling Conference Order
12/22/05

G:\docs\snm\Jeanne Endo8,sa.wpd