**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 3 2006

at 2 o'clock and 18 min. PM
SUE BEITIA, CLERK

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ           1412
LAWRENCE I. KAWASAKI    5820
820 Mililani Street
Suite 714
Honolulu, Hawaii  96813
Telephone No.: (808) 533-7434

**LODGED**

JAN 0 9 2006
3:30pm
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Third-Party
Defendant Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PUBLIC WORKERS,<br>AFSCME LOCAL 646, AFL-CIO,<br><br>    Defendant.<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>    Third-Party<br>    Defendant. | CIVIL NO. 03-00563 SPK/KSC<br><br>ORDER GRANTING THIRD-PARTY DEFENDANT GARY W. RODRIGUES' MOTION TO CONTINUE TRIAL<br><br>HEARING: December 22, 2005<br>         9:15 A.M.<br>         Magistrate Chang<br><br>Previous Trial Date: Jan. 24, 2006<br><br>New trial Date: May 23, 2006 |

ORDER GRANTING THIRD-PARTY DEFENDANT GARY W.
RODRIGUES' MOTION TO CONTINUE TRIAL

Third-Party Defendant Gary W. Rodrigues, having filed a written motion to continue the trial of the above entitled matter which had been scheduled to commence on January 24,



2006, before the Honorable Samuel P. King, Senior District Judge; and

The motion to continue trial having come on for a hearing on Thursday, December 22, 2005, at 9:15 A.M., before the Honorable Kevin S.C. Chang, United States Magistrate Judge; and

Attorneys Clayton C. Ikei having appeared in behalf of the Plaintiff, Charles A. Price having appeared for Defendant United Public Worker AFSCME Local 646, AFL-CIO, and Eric A. Seitz having appeared for movant and Third-Party Defendant Gary W. Rodrigues; and;

The Court having considered the written motion and opposition thereto by Plaintiff, the oral arguments of counsel, and the records and files herein; and

Good cause appearing therefor;

The Court finds as follows:

(1) The request for a continuance is not brought in bad faith or for improper purposes;

(2) The requested continuance is only for a short period of time and would not result in undue prejudice or inconvenience to any of the parties;

(3) A prior continuance of the trial was granted at the request of Plaintiff's former counsel; and

(4) On balance, and in the exercise of the Court's discretion, the continuance would serve the purpose of effectuating a fair and just outcome.

IT IS THEREFORE ORDERED as follows:

(1) Third-Party Defendant Gary W. Rodrigues' motion for a continuance of the trial of this case shall be and hereby is granted;

(2) The trial shall be continued from January 24, 2006, to May 23, 2006, before Judge King;

(3) The Court may advance the trial date upon motion of any party for good cause shown;

(4) All deadlines previously closed shall remain closed, and all trial-related deadlines will be reset in a new scheduling order to be issued by the Court; and

(5) The Court will conduct a further status conference on March 22, 2006, at 9:00 A.M.

DATED: Honolulu, Hawaii, ___JAN 1 2 2006___.

_____
JUDGE OF THE ABOVE ENTITLED COURT


APPROVED AS TO FORM:

_____
CLAYTON C. IKEI
Attorney for Plaintiff
Jeanne K. Endo


JEANNE K. ENDO VS. UNITED PUBLIC WORKERS, ET AL;
CIVIL NO. 03-00563 SPK/KSC; ORDER GRANTING THIRD-
PARTY DEFENDANT GARY W. RODRIGUES' MOTION TO CON-
TINUE TRIAL

PAGE THREE

_/s/ Charles Price_
JAMES E. T. KOSHIBA
CHARLES A. PRICE

Attorneys for Defendant
United Public Workers,
AFSCME Local 646, AFL-CIO

JEANNE K. ENDO VS. UNITED PUBLIC WORKERS, ET AL;
CIVIL NO. 03-00563 SPK/KSC; ORDER GRANTING THIRD-
PARTY DEFENDANT GARY W. RODRIGUES' MOTION TO CON-
TINUE TRIAL

PAGE FOUR