# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV03-00563SPK-KSC
CASE NAME:       Jeanne K. Endo v. United Public Workers, etc., et al.
ATTYS FOR PLA:
ATTYS FOR DEFT:
INTERPRETER:

JUDGE:   Kevin S. C. Chang        REPORTER:

DATE:    4/5/2006                 TIME:

COURT ACTION:  EO: The Minutes filed on 12/22/05 should have reflected that the highlighted entries below are closed. An Amended Rule 16 Scheduling Conference Order will be issued.

1.   ==Jury trial on May 23, 2006 at 9:00 a.m. before== SPK
2.   ==Final Pretrial Conference on April 11, 2006 at 9:00 a.m. before== KSC
3.   ==Final Pretrial Conference before District Judge== N/A
4.   Final Pretrial Statement by April 4, 2006
5.   **File motions to Join/Add Parties/Amend Pleadings by (CLOSED)**
6.   **File other Non-Dispositive Motions by (CLOSED)**
7.   ==**File Dispositive Motions by** (CLOSED)==
8a.  File Motions in Limine by May 2, 2006
8b.  File opposition memo to a Motion in Limine by May 9, 2006
11a. **Plaintiff's Expert Witness Disclosures by (CLOSED)**
11b. **Defendant's Expert Witness Disclosures by (CLOSED)**
12.  ==**Discovery deadline (CLOSED)**==
13.  ==Settlement Conference set for (on call)==
14.  Settlement Conference statements by
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 9, 2006
21.  File Final witness list by May 2, 2006
24.  Exchange Exhibit and Demonstrative aids by April 25, 2006
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 2, 2006
26.  File objections to the Exhibits by May 9, 2006

28a.   File Deposition Excerpt Designations by May 2, 2006
28b.   File Deposition Counter Designations and Objections by May 9, 2006
29.    File Trial Brief by May 9, 2006
30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager