KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA        768-0
CHARLES A. PRICE           5098-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email: jkoshiba@koshibalaw.com
       cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE ENDO, ) | CIVIL NO. CV03-00563 SPK KSC |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | EXHIBIT EXCHANGE DATE |
| vs. ) | |
| ) | |
| UNITED PUBLIC WORKERS, ) | |
| AFSCME LOCAL 646, AFL-CIO, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| GARY W. RODRIGUES, ) | |
| ) | |
| Third-Party Defendant. ) | TRIAL DATE: May 23, 2006 |
| ) | |
| ) | |

STIPULATION TO CONTINUE EXHIBIT EXCHANGE DATE

The parties, by and through their undersigned counsel, hereby stipulate to continue the date to exchange exhibits and demonstrative aids, as set forth in the Amended Pretrial Order, from April 25, 2006 to May 1, 2006.

DATED: Honolulu, Hawaii, _____APR 1 3 2006_____.

_____
CLAYTON C. IKEI
Attorneys for Plaintiff
JEANNE ENDO

_____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UPW, AFSCME, LOCAL 646,
AFL-CIO

_____
ERIC A. SEITZ
Attorney for Third-Party Defendant
GARY W. RODRIGUES

2

APPROVED AND SO ORDERED:

_____
MAGISTRATE JUDGE KEVIN S. C. CHANG

_____
Jeanne Endo v. United Public Workers, AFSCME Local 646, AFL-CIO vs. Gary W. Rodrigues, Civil No. CV03-00563 SPK KSC, United States District Court for the District of Hawaii; STIPULATION TO CONTINUE EXHIBIT EXCHANGE DATE