# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/1/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00563SPK-KSC |
| CASE NAME: | Jeanne K. Endo v. United Public Workers, etc., et al. |
| ATTYS FOR PLA: | Clayton Ikei |
| ATTYS FOR DEFT: | Eric Seitz<br>Charles Price |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 5/1/2006 | TIME: | 1:30-1:35pm |

COURT ACTION:  EP:
1. Further Status Conference
2. Final Pretrial Conference.

Over plaintiff's objection, trial continued from 5/23/06 to 7/18/06 at 9:00am before Judge King since no decision has been issued by the 9th Circuit Court of Appeals on defendant Rodrigues criminal appeal.  Trial to proceed over defendant's objection even if the 9th Circuit Court of Appeals does not issue a decision.  No further continuances will be allowed.  Third Amended Rule 16 Scheduling Conference Order to be issued.

1.   Jury trial on July 18, 2006 at 9:00 a.m. before SPK
2.   Final Pretrial Conference on June 6, 2006 at 9:00 a.m. before KSC
3.   Final Pretrial Conference before District Judge N/A
4.   Final Pretrial Statement by May 30, 2006
5.   File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6.   File other Non-Dispositive Motions by **(CLOSED)**
7.   File Dispositive Motions by **(CLOSED)**
8a.  File Motions in Limine by June 27, 2006
8b.  File opposition memo to a Motion in Limine by **July 5, 2006**
11a. Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b. Defendant's Expert Witness Disclosures by **(CLOSED)**
12.  Discovery deadline **(CLOSED)**
13.  Settlement Conference set for (on call)

14. Settlement Conference statements by
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by **July 5, 2006**
21. File Final witness list by June 27, 2006
24. Exchange Exhibit and Demonstrative aids by June 20, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by June 27, 2006
26. File objections to the Exhibits by **July 5, 2006**
28a. File Deposition Excerpt Designations by June 27, 2006
28b. File Deposition Counter Designations and Objections by **July 5, 2006**
29. File Trial Brief by **July 5, 2006**
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV03-563SPK-KSC
Jeanne Endo v. UPW, et al.
Third Amended Rule 16 Scheduling Conference Minutes
5/1/2006