# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV03-00563SPK-KSC

CASE NAME:        Jeanne K. Endo v. United Public Workers, etc., et al.

ATTYS FOR PLA:    Clayton Ikei

ATTYS FOR DEFT:   Eric Seitz
                  Charles Price

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:    C5 - no record

DATE:     6/6/2006                   TIME:        9:00-9:10am

COURT ACTION:  EP: Final Pretrial Conference.  Final Pretrial Conference not held.  Counsel were advised that Judge King has filed an Order of Recusal.  Counsel to consider consenting to a Magistrate.

Submitted by: Shari Afuso, Courtroom Manager