IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIV. NO. 03-00563 SPK/KSC |
| | ) | |
| Plaintiff, | ) | ORDER OF RECUSAL |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED PUBLIC WORKERS, | ) | |
| AFSCME LOCAL 646, AFL-CIO, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| _____ | ) | |

Third-party Defendant Gary W. Rodrigues has asked me to recuse myself from the trial of this action because of a number of negative references to Rodrigues in a recent book co-written by Samuel P. King and Randall Roth. Therefore, I recuse myself from this action to avoid any appearance of impropriety or bias. This matter is returned to the Chief Judge for reassignment.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, June 5, 2006.

_____
Samuel P. King
Senior United States District Judge