# Eric A. Seitz, Attorney At Law
## A LAW CORPORATION

Eric A. Seitz
Lawrence I. Kawasaki

June 5, 2006

Honorable Samuel P. King
Senior Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re: Endo vs. United Public Workers, et al
    Civil No. 03-00563 SPK/KSC

Dear Judge King:

As you know Gary Rodrigues is a third party defendant and a central figure in the above referenced matter which is scheduled for a trial before you on July 18, 2006.

Recently Mr. Rodrigues read the newly published book "Broken Trust" which you co-authored with Randall Roth. Mr. Rodrigues has called to my attention a number of references to himself in the book which he considers to be untrue and offensive. Because of those references, and to avoid any appearance or possibility of prejudice, Mr. Rodrigues has requested that I respectfully ask you to recuse yourself in this matter and have the case reassigned to a different District Judge for the purposes of trial.

Sincerely yours,

Eric A. Seitz

cc  Hon. Kevin S.C. Chang
    Clayton Ikei, Esq.
    Charles A. Price, Esq.
    Gary W. Rodrigues

820 MILILANI STREET SUITE 714, HONOLULU, HAWAII 96813 PHONE: (808) 533-7434 FAX: (808) 545-3608