IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE ENDO, ) | CIV. NO. 03-00563 JMS/KSC |
| ) | |
| Plaintiff, ) | ORDER OF RECUSAL |
| ) | |
| vs. ) | |
| ) | |
| UNITED PUBLIC WORKERS, ) | |
| AFSCME LOCAL 646, AFL-CIO, ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GARY W. RODRIGUES, ) | |
| ) | |
| Third-Party Defendant. ) | |
| _____ ) | |

ORDER OF RECUSAL

This court, while previously employed in the United States Attorney's Office for the District of Hawaii, personally participated in the prosecution of Third-Party Defendant Gary W. Rodrigues in *United States v. Rodrigues,* Cr. No. 01-00078 DAE. Plaintiff Jeanne Endo was a witness called by the United States during Mr. Rodrigues' trial. This court therefore recuses itself on its own motion from any and all proceedings in the above-captioned matter pursuant to 28 U.S.C. §§ 455(a) and 455(b)(3). This matter is hereby referred to the Chief Judge for

reassignment in accordance with the Local Rules of this Court.

       IT IS SO ORDERED.

       DATED:   Honolulu, Hawaii, June 7, 2006.



                              J. Michael Seabright
                              United States District Judge

*Jeanne Endo v. United Public Workers, etc. v. Gary Rodrigues*, Civ.No. 03-00563 JMS/KSC "Order of Recusal"