IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. 03-00563 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF RECUSAL** |
| vs. | ) | |
| | ) | |
| UNITED PUBLIC WORKERS, AFSCME | ) | |
| LOCAL 646, AFL-CIO, | ) | |
| | ) | |
| Defendant/ | ) | |
| Third-Party Plaintiff. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER OF RECUSAL**

Defendant has named his treating physician, Sharon S. Lawler, M.D., as a witness who will testify in this matter.

While in private practice, I represented Dr. Lawler's husband in their contested divorce proceeding.  It is likely that Dr. Lawler will be called as a witness in this case.  "Any justice, judge, or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  28 U.S.C. § 455(a).  Because I believe that my adversarial contact with Dr. Lawler in a personal matter in which she was a party would raise a question as to the court's impartiality, the court is recusing itself from this matter.

IT IS SO ORDERED.

DATED:    Honolulu, Hawaii, June 8, 2006.



  /s/ Helen Gillmor
Chief United States District Judge

---

ORDER OF RECUSAL; Civil No. 03-00563 HG-KSC; Jeanne Endo v.
United Public Workers, et al.