## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 8, 2006

TO ALL COUNSEL

Re:   1:03-cv-00563-HG-KSC   Endo v. United Public Worke

Dear Counsel,

Pursuant to the "Order of Recusal" signed and filed on June 8, 2006, this case has been reassigned to the Honorable David Alan Ezra.

Please reflect the following case number:**1:03-cv-00563-DAE-KSC** on all further pleadings.

Sincerely Yours,

SUE BEITIA, CLERK

by: */s/ Bernadette Aurio*
Deputy Clerk

cc:   all counsel of record