# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00563DAE-KSC |
| CASE NAME: | Jeanne K. Endo v. United Public Workers, etc., et al. |
| ATTYS FOR PLA: | Clayton Ikei |
| ATTYS FOR DEFT: | Lawrence Kawasaki for Eric Seitz<br>Charles Price, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 6/16/2006 | TIME: | 9:15-9:20am |

COURT ACTION:  EP: Status Conference Re: Trial Date and Other Deadlines.  Mr. Seitz to inform the court within one week whether he intends to file a motion to recuse Judge Ezra and also whether he is willing to consent to the magistrate.

Further Status Conference Re: Trial Date and Other Deadlines set 6/23/06 at 9:00am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager