# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00563DAE-KSC

CASE NAME: Jeanne K. Endo v. United Public Workers, etc., et al.

ATTYS FOR PLA: Clayton Ikei

ATTYS FOR DEFT: Lawrence Kawasaki for Eric Seitz
Charles Price

INTERPRETER:

JUDGE: Kevin S. C. Chang           REPORTER: C5 - no record

DATE: 6/23/2006                    TIME: 9:00-9:05am

COURT ACTION: EP: Further Status Conference Re: Trial Date and Other Deadlines. Discussion held. Mr. Seitz will file a Motion to Recuse Judge Ezra from this case. Jury Trial date of 7/18/06 remains.

Submitted by: Shari Afuso, Courtroom Manager