# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:	CV03-00563DAE-KSC

CASE NAME:	Jeanne K. Endo v. United Public Workers, etc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:	Kevin S. C. Chang	REPORTER:

DATE:	6/29/2006	TIME:

COURT ACTION: EO: New trial date given. Fourth Amended Rule 16 Scheduling Conference Order to be issued.

1.  Jury trial on November 28, 2006 at 9:00 a.m. before DAE
2.  Final Pretrial Conference on October 17, 2006 at 9:00 a.m. before KSC
3.  Final Pretrial Conference before District Judge N/A
4.  Final Pretrial Statement by October 10, 2006
5.  File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6.  File other Non-Dispositive Motions by **(CLOSED)**
7.  File Dispositive Motions by **(CLOSED)**
8a. File Motions in Limine by November 7, 2006
8b. File opposition memo to a Motion in Limine by November 14, 2006
11a. Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b. Defendant's Expert Witness Disclosures by **(CLOSED)**
12. Discovery deadline **(CLOSED)**
13. Settlement Conference set for (on call)
14. Settlement Conference statements by
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 14, 2006
21. File Final witness list by November 7, 2006
24. Exchange Exhibit and Demonstrative aids by October 31, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 7, 2006

26. File objections to the Exhibits by November 14, 2006
28a. File Deposition Excerpt Designations by November 7, 2006
28b. File Deposition Counter Designations and Objections by November 14, 2006
29. File Trial Brief by November 14, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV03-563SPK-KSC
Jeanne endo v. UPW, et al.
Fourth Amended Rule 16 Scheduling Conference Order
6/29/06