# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00563DAE-KSC

CASE NAME: Jeanne K. Endo v. United Public Workers, etc., et al.

ATTYS FOR PLA: Jerry Chang

ATTYS FOR DEFT: Eric Seitz
Charles Price

INTERPRETER:

JUDGE: Kevin S. C. Chang        REPORTER: C5 - no record

DATE: 10/17/2006              TIME: 9:02-9:10am

COURT ACTION: EP: Final Pretrial Conference.

Length of trial:
    Plaintiff:                4 days
    Defendant UPW:            1 day
    Defendant Rodrigues:      1 day

Lay witnesses:
    Plaintiff:                12
    Defendant UPW:            2 (these 2 witnesses will probably be called by plaintiff)
    Defendant Rodrigues:      6

Expert witnesses:
    Plaintiff:                1
    Defendant UPW:            0
    Defendant Rodrigues:      0

Submitted by: Shari Afuso, Courtroom Manager