# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00563DAE-KSC |
| CASE NAME: | Jeanne K. Endo v. United Public Workers, etc., et al. |
| ATTYS FOR PLA: | Jerry Chang |
| ATTYS FOR DEFT: | Eric Seitz<br>Charles Price |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 11/9/2006 | TIME: | 2:05-2:10pm |

COURT ACTION:  EP: Status Conference Re: Trial Date and Other Deadlines.  New trial date given.  Fifth Amended Rule 16 Scheduling Conference Order to be issued.

1. Jury trial on October 16, 2007 at 9:00 a.m. before DAE
2. Final Pretrial Conference on September 4, 2007 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by August 28, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6. File other Non-Dispositive Motions by **(CLOSED)**
7. File Dispositive Motions by **(CLOSED)**
8a. File Motions in Limine by September 25, 2007
8b. File opposition memo to a Motion in Limine by October 2, 2007
11a. Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b. Defendant's Expert Witness Disclosures by **(CLOSED)**
12. Discovery deadline **(CLOSED)**
13. Settlement Conference set for (on call)
14. Settlement Conference statements by
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by October 2, 2007
21. File Final witness list by September 25, 2007
24. Exchange Exhibit and Demonstrative aids by September 18, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 25, 2007

26. File objections to the Exhibits by October 2, 2007
28a. File Deposition Excerpt Designations by September 25, 2007
28b. File Deposition Counter Designations and Objections by October 2, 2007
29. File Trial Brief by October 2, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.


Submitted by: Shari Afuso, Courtroom Manager

CV03-563DAE-KSC
Jeanne Endo v. UPW, et al.
Fifth Amended Rule 16 Scheduling Conference Minutes
11/9/2006