# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV03-00563DAE-KSC |
| CASE NAME: | Jeanne K. Endo v. United Public Workers, etc., et al. |
| ATTYS FOR PLA: | Clayton Ikei |
| ATTYS FOR DEFT: | Charles Price<br>Eric Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C335 - no record |
| DATE: | 9/11/2007 | TIME: | 9:20-9:30am |

COURT ACTION: EP: Final Pretrial Conference. Counsel informed the court that no changes have occurred since the last Final Pretrial Conference held on 10/17/06 before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager