# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV03-00563DAE-KSC |
| CASE NAME: | Jeanne K. Endo v. United Public Workers, etc., et al. |
| ATTYS FOR PLA: | Clayton Ikei |
| ATTYS FOR DEFT: | Charles Price<br>Eric Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 10/2/2007 | TIME: | 9:00-9:05am |

COURT ACTION:  EP: Status Conference Re: New trial date and existing deadlines. New trial date given.  Sixth Amended Rule 16 Scheduling Conference Order to be issued.

1. Jury trial on January 15, 2008 at 9:00 a.m. before DAE
2. Final Pretrial Conference on December 4, 2007 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by November 27, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6. File other Non-Dispositive Motions by **(CLOSED)**
7. File Dispositive Motions by **(CLOSED)**
8a. File Motions in Limine by **December 26, 2007**
8b. File opposition memo to a Motion in Limine by **January 2, 2008**
11a. Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b. Defendant's Expert Witness Disclosures by **(CLOSED)**
12. Discovery deadline **(CLOSED)**
13. Settlement Conference (on call)
14. Settlement Conference statements by
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by **January 2, 2008**
21. File Final witness list by **December 26, 2007**
24. Exchange Exhibit and Demonstrative aids by December 18, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by **December 26, 2007**
26. File objections to the Exhibits by **January 2, 2008**
28a. File Deposition Excerpt Designations by **December 26, 2007**
28b. File Deposition Counter Designations and Objections by **January 2, 2008**

29. File Trial Brief by **January 2, 2008**
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV03-563DAE-KSC
Endo v. UPW
Sixth Amended Rule 16 Scheduling Conference Minutes
10/02/2007