# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV03-00563DAE-KSC |
| CASE NAME: | Jeanne K. Endo v. United Public Workers, etc., et al. |
| ATTYS FOR PLA: | Jerry Chang, by phone |
| ATTYS FOR DEFT: | Charles Price<br>Eric Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 12/4/2007 | TIME: | 9:05-9:15am |

COURT ACTION:  EP: Final Pretrial Conference.  Counsel informed the court that no changes have occurred since the last Final Pretrial Conference held on 10/17/06 before Judge Chang (document #129).

Mr. Seitz was advised by Judge Ezra's courtroom manager that the 1/15/08 trial will most likely not go forward due to criminal trial settings.  Counsel to speak with their respective clients regarding magistrate consent.

All deadlines remain as set out in the 6th Amended Rule 16 Scheduling Conference Order.

Submitted by: Shari Afuso, Courtroom Manager