# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00563LEK |
| CASE NAME: | Jeanne K. Endo vs. United Public Workers, etc., et al. |
| ATTYS FOR PLA: | Jerry P.S. Chang |
| ATTYS FOR DEFT: | Charles A. Price<br>Eric A. Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 12/18/2007 | TIME: | 9:02-9:07 |

COURT ACTION:  EP: Status Conference Re: Trial Date and Deadlines held. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on April 22, 2008 at 9:00 a.m. before LEK
2. Final Pretrial Conference on March 11, 2008 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by March 4, 2008
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by April 1, 2008
8b. File opposition memo to a Motion in Limine by April 8, 2008
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by April 8, 2008
21. File Final witness list by April 1, 2008
24. Exchange Exhibit and Demonstrative aids by March 25, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 1, 2008
26. File objections to the Exhibits by April 8, 2008
28a. File Deposition Excerpt Designations by April 1, 2008

28b.   File Deposition Counter Designations and Objections by April 8, 2008
29.   File Trial Brief by April 8, 2008
30.   File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00563LEK;
Jeanne K. Endo vs. United Public Workers, etc., et al.;
Rule 16 Scheduling Conference Minutes
12/18/2007