# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00563LEK |
| CASE NAME: | Jeanne K. Endo vs. United Public Workers, etc., et al. |
| ATTYS FOR PLA: | Jerry P. S. Chang |
| ATTYS FOR DEFT: | Charles A. Price<br>Eric A. Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 04/01/2008 | TIME: | 9:07-9:18 |

COURT ACTION:  EP: Final Pretrial Conference held.

Trial Days: Plaintiff - 4, Defendants: UPW - 1, Rodrigues - 1;
Witnesses: Plaintiff - 19 (1 expert), Defendants: UPW - 5, Rodrigues - 4 (1 by deposition);
Exhibits: Plaintiff - 1to 100, Defendants: UPW - 200 to 250, Rodrigues - 300 to 310;
Motions in Limine: Plaintiff - 5, Defendants: UPW - 3, Rodrigues - 5.

Power point to be used by Plaintiff.  20 minutes voir dire of prospective jurors to be allowed.  **Larger prospective jury panel may be needed.**

Submitted by: Warren N. Nakamura, Courtroom Manager