ORIGINAL

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI      1260
JERRY P.S. CHANG     6671
1440 Kapiolani Blvd. Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) PLAINTIFF'S TRIAL EXHIBITS, ) VOLUME 1 & 2; PLAINTIFF'S |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,, | ) EXHIBIT LIST |
| Defendant. | |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | |
| Third-Party Plaintiff, | |
| v. | |
| GARY W. RODRIGUES, | |
| Third-Party Defendant. | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's trial exhibits, Volume 1 & 2, and Plaintiff's exhibit list were served on the following individuals at their last known address,

via hand delivery, on April 15, 2008:

       JAMES E.T. KOSHIBA, ESQ.
       CHARLES A. PRICE, ESQ.
       KOSHIBA AGENA & KUBOTA
       2600 Pauahi Tower
       1001 Bishop Street
       Honolulu, Hawaii 96813
       Attorneys for Defendant
       UPW, AFSCME, LOCAL 646, AFL-CIO

       ERIC A. SEITZ, ESQ.
       LAWRENCE I. KAWASAKI, ESQ.
       820 Mililani Street
       Suite 714
       Honolulu, Hawaii 96813
       Attorneys for Third Party Defendant
       Gary W. Rodrigues

DATED: Honolulu, Hawaii, April 15, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE K. ENDO