ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ             1412
LAWRENCE I. KAWASAKI      5820
DELLA A. BELATTI          7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Third-Party
Defendant Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE K. ENDO, | ) | CIVIL NO. 03-00563 LEK |
| | ) | |
| Plaintiff, | ) | THIRD-PARTY DEFENDANT GARY |
| | ) | W. RODRIGUES' FIRST MOTION |
| vs. | ) | IN LIMINE TO BAR ALL |
| | ) | TESTIMONY OR EVIDENCE |
| UNITED PUBLIC WORKERS, AFSCME | ) | REGARDING GARY RODRIGUES' |
| LOCAL 646, AFL-CIO, | ) | CONVICTION IN U.S. v. |
| | ) | RODRIGUES, CR. NO. 01- |
| Defendant. | ) | 00078; MEMORANDUM IN |
| | ) | SUPPORT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party Defendant | ) | |
| | ) | |
| | ) | TRIAL: May 13, 2008 |

THIRD-PARTY DEFENDANT GARY RODRIGUES'
FIRST MOTION IN LIMINE TO BAR ALL TESTIMONY OR
EVIDENCE REGARDING GARY RODRIGUES' CONVICTION IN
U.S. v. RODRIGUES, CR. NO. 01-00078

Comes now Third-Party Defendant GARY W. RODRIGUES (hereinafter referred to as "Rodrigues"), by and through his attorneys, and hereby moves in limine for an order barring all

testimony or evidence regarding Rodrigues' conviction in <u>U.S. v. Rodrigues</u>, Cr. No. 01-00078 on the bases that such evidence:

1. Lacks any relevance to any of the issues in this case, and;

2. Will result in unfair prejudice to Rodrigues, confuse the issues in this case and/or mislead the jury, and;

3. Is barred by Rule 404(b), Federal Rules of Evidence.

This motion is brought pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Rules 401, 402, 403, and 404 of the Federal Rules of Evidence, Rule 16.9, Local Rules of Practice for the United States District Court for the District of Hawaii, and is based upon the memorandum attached hereto, the records and files in this action and such further evidence or argument which may be presented at a hearing on the motion.

DATED:   Honolulu, Hawaii,   April 22, 2008   .


　　　　　　　　　　　　　　　　 /s/ Eric A. Seitz
　　　　　　　　　　　　　　　　ERIC A. SEITZ
　　　　　　　　　　　　　　　　LAWRENCE I. KAWASAKI
　　　　　　　　　　　　　　　　DELLA A. BELATTI

　　　　　　　　　　　　　　　　Attorneys for Third-Party
　　　　　　　　　　　　　　　　Defendant Gary Rodrigues