IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNITED PUBLIC WORKERS, AFSCME<br>LOCAL 646, AFL-CIO,<br><br>        Defendant,<br><br>  vs.<br><br>GARY W. RODRIGUES,<br><br>        Third-Party<br>        Defendant | CIVIL NO. 03-00563 LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served this date electronically via CM/ECF to the following at the addresses listed below:

> CLAYTON C. IKEI, ESQ.
> JERRY P.S. CHANG, ESQ.
> 1440 Kapiolani Blvd.
> Suite 1203
> Honolulu, Hawaii 96814
> E-Mail: CCIOffice@hawaii.rr.com
>
> Attorney for Plaintiff
> Jeanne K. Endo
>
> JAMES E. T. KOSHIBA, ESQ.
> CHARLES A. PRICE, ESQ.
> 2600 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813

2

        E-Mail:  cprice@koshibalaw.com

        Attorneys for Defendant
        United Public Workers,
        AFSME Local 646, AFL-CIO

DATED:  Honolulu, Hawaii, April 22, 2008.

                      /s/ Eric A. Seitz
                      ERIC A. SEITZ