KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA  768-0
CHARLES A. PRICE   5098-0
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
Email: jkoshiba@koshibalaw.com
   cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 LEK |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENDANT UNITED PUBLIC WORKERS' WITNESS LIST; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) ) ) | |
| Defendant, | ) ) | TRIAL DATE: May 13, 2008 |
| vs. | ) ) | |
| GARY W. RODRIGUES, | ) ) | |
| Third-Party Defendant. | ) ) ) | |

## DEFENDANT UNITED PUBLIC WORKERS' WITNESS LIST

Defendant United Public Workers, AFSCME Local 646, AFL-CIO ("UPW") reserves the right to call the following witnesses at trial:

1. Jeanne Endo
2. Gary Rodrigues
3. Dayton Nakanelua
4. Chip Uwaine
5. Laurie Santiago
6. Dwight Takeno
7. Merlene Akau
8. Tani Olaso
9. Georgietta Carroll
10. Leonard Agor
11. Gerald Takeuchi
12. George Yasumoto
13. Elizabeth Ho
14. Peter Trask
15. Custodian of records to authenticate documents, all witnesses listed on the other parties' lists, and rebuttal witnesses, as necessary.

DATED: Honolulu, Hawaii, April 22, 2008.

_____
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 SPK KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED PUBLIC WORKERS, | ) | |
| AFSCME LOCAL 646, AFL-CIO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing was duly served upon the following parties electronically, addressed as follows:

CLAYTON C. IKEI, ESQ.
CCIOffice@hawaii.rr.com
Attorney for Plaintiff
JEANNE ENDO

ERIC A. SEITZ, ESQ.
eseitzatty@yahoo.com
Attorney for Third-Party Defendant
GARY W. RODRIGUES

-2-

DATED: Honolulu, Hawaii, April 22, 2008.

                                              /s/ Charles Price
                                       _____
                                       JAMES E. T. KOSHIBA
                                       CHARLES A. PRICE
                                       Attorneys for Defendant
                                       UNITED PUBLIC WORKERS,
                                       AFSCME, LOCAL 646, AFL-CIO