IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE K. ENDO, | ) | CIVIL NO. 03-00563 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM IN SUPPORT |
| | ) | |
| UNITED PUBLIC WORKERS, AFSCME | ) | |
| LOCAL 646, AFL-CIO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party | ) | |
| Defendant | ) | |
| _____ | ) | |

MEMORANDUM IN SUPPORT

In the instant action, Plaintiff alleges that since she
started working for Defendant United Public Workers, AFSCME Local
646, AFL-CIO (hereinafter "UPW") in or about late 1994 until on
or about June 14, 2001, UPW's State Director, Third-Party
Defendant Gary W. Rodrigues, subjected her to a sexually hostile
work environment, and that he later retaliated against her for
refusing to continue a sexual relationship with him.

On October 6, 2003 Rodrigues was convicted in U.S. v.
Rodrigues, Cr. No. 01-00078 of certain federal crimes which are
entirely unrelated to any material issue connected to the manner
in which Plaintiff was treated in the course of her employment
with the UPW.  Based solely on his conviction, Rodrigues was
suspended from his position as State Director of UPW on November

21, 2002 after which Rodrigues permanently resigned from his

position on November 22, 2002.  Because Rodrigues' suspension

and/or removal from his job with UPW is entirely unrelated to any

material issue connected to the manner in which Plaintiff was

treated in the course of her employment with the UPW such

evidence is irrelevant and inadmissible pursuant to Rule 402,

FRE.

        Such evidence also would clearly constitute prohibited

character evidence and is inadmissible pursuant to Rule 404(b),

FRE.

        Based on the foregoing, Third-Party Defendant Rodrigues

respectfully requests that this Court issue an order barring the

parties from introducing and/or otherwise eliciting any evidence

at trial of Rodrigues' suspension and/or removal from his job

with UPW.

        DATED:  Honolulu, Hawaii,  __April 22, 2008_____.


                            __/s/ Eric A. Seitz_____
                            ERIC A. SEITZ
                            LAWRENCE I. KAWASAKI
                            DELLA A. BELATTI

                            Attorneys for Third-Party
                            Defendant Gary W. Rodrigues


                              2