KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA          768-0
CHARLES A. PRICE             5098-0
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email: jkoshiba@koshibalaw.com
       cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED PUBLIC |
| | ) | WORKERS' MOTION IN LIMINE |
| vs. | ) | RE: SETTLEMENT |
| | ) | DISCUSSIONS; MEMORANDUM |
| UNITED PUBLIC WORKERS, | ) | IN SUPPORT OF MOTION; |
| AFSCME LOCAL 646, AFL-CIO, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | TRIAL DATE: 5/13/08 |
| | ) | TRIAL JUDGE: Judge Leslie E. |
| GARY W. RODRIGUES, | ) | Kobayashi |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION IN LIMINE RE: SETTLEMENT DISCUSSIONS

Defendant United Public Workers, AFSCME Local 646, AFL-CIO ("UPW"), respectfully moves this Honorable Court for an order *in limine* to prohibit evidence about settlement discussions between UPW and Plaintiff Jeanne Endo.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rules 408 of the Federal Rules of Evidence, and is based upon the memorandum attached hereto, the records and files herein, and such further argument as may be made by counsel at the hearing hereon.

DATED: Honolulu, Hawaii, April 22, 2008.

_____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS, AFSCME
LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE ENDO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED PUBLIC WORKERS,<br>AFSCME LOCAL 646, AFL-CIO,<br><br>　　　　Defendant,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>　　　　Third-Party Defendant. | CIVIL NO. CV03-00563 SPK KSC<br><br>MEMORANDUM IN SUPPORT OF MOTION |

## MEMORANDUM IN SUPPORT OF MOTION

Dayton Nakanelua, State Director of Defendant United Public Workers, AFSCME Local 646, AFL-CIO ("UPW") has had past settlement discussions directly with Plaintiff Jeanne Endo. Per FRE Rule 408, any evidence of such discussions is inadmissible. UPW does not anticipate any opposition to this motion, but, in an abundance of caution, wants to ensure that Plaintiff is aware of the rule prohibiting any testimony about such discussions.

For the foregoing reasons, UPW respectfully requests that the Court grant its motion for an order *in limine* prohibiting evidence about past settlement discussions.

DATED: Honolulu, Hawaii, April 22, 2008.

                                  /s/ Charles Price                                  
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE ENDO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PUBLIC WORKERS,<br>AFSCME LOCAL 646, AFL-CIO,<br><br>    Defendant,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>    Third-Party Defendant. | CIVIL NO. CV03-00563 SPK KSC<br><br>CERTIFICATE OF SERVICE |

The undersigned hereby certifies that the date noted below, true and correct copies of the forgoing document were duly served electronically, addressed as follows:

    CLAYTON C. IKEI, ESQ.
    CCIOffice@hawaii.rr.com

    Attorney for Plaintiff
    JEANNE ENDO

ERIC A. SEITZ, ESQ.
eseitzatty@yahoo.com

Attorney for Third-Party Defendant
GARY W. RODRIGUES

DATED: Honolulu, Hawaii, April 22, 2008.

                                                        /s/ Charles Price
                                        _____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO