IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE K. ENDO, | ) | CIVIL NO. 03-00563 LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party Defendant | ) ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served this date electronically via CM/ECF to the following at the addresses listed below:

        CLAYTON C. IKEI, ESQ.
        JERRY P.S. CHANG, ESQ.
        1440 Kapiolani Blvd.
        Suite 1203
        Honolulu, Hawaii 96814
        E-Mail: CCIOffice@hawaii.rr.com

        Attorney for Plaintiff
        Jeanne K. Endo

        JAMES E. T. KOSHIBA, ESQ.
        CHARLES A. PRICE, ESQ.
        2600 Pauahi Tower
        1001 Bishop Street
        Honolulu, Hawaii 96813

2

      E-Mail:  cprice@koshibalaw.com

      Attorneys for Defendant
      United Public Workers,
      AFSME Local 646, AFL-CIO

DATED:  Honolulu, Hawaii, April 22, 2008.


                /s/ Eric A. Seitz
                ERIC A. SEITZ