ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ          1412
LAWRENCE I. KAWASAKI    5820
DELLA A. BELATTI        7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Third-Party
Defendant Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE K. ENDO, | ) | CIVIL NO. 03-00563 LEK |
| | ) | |
| Plaintiff, | ) | THIRD-PARTY DEFENDANT GARY |
| | ) | W. RODRIGUES' EIGHTH MOTION |
| vs. | ) | IN LIMINE TO BAR ANY |
| | ) | EVIDENCE REGARDING AN |
| UNITED PUBLIC WORKERS, AFSCME | ) | ARTICLE CRITICAL OF |
| LOCAL 646, AFL-CIO, | ) | PLAINTIFF WHICH CLIFFORD T. |
| | ) | UWAINE WROTE PURPORTEDLY AT |
| Defendant. | ) | RODRIGUES' REQUEST; |
| | ) | MEMORANDUM IN SUPPORT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | TRIAL: May 13, 2008 |

THIRD-PARTY DEFENDANT GARY RODRIGUES'
EIGHTH MOTION IN LIMINE TO BAR ANY EVIDENCE
REGARDING AN ARTICLE CRITICAL OF PLAINTIFF WHICH
CLIFFORD T. UWAINE WROTE PURPORTEDLY AT RODRIGUES' REQUEST

Comes now Third-Party Defendant GARY W. RODRIGUES

(hereinafter referred to as "Rodrigues"), by and through his

attorneys, and hereby moves in limine for an order barring any

evidence regarding an article critical of Plaintiff which

Clifford T. Uwaine wrote purportedly at the request of Rodrigues

for the purpose of terminating her on the basis that such

evidence:

1.   Is not based on personal knowledge as required by Rules
     602 and 701, FRE;

2.   Will result in unfair prejudice to Defendant, confuse
     the issues in this case and/or mislead the jury in
     violation of Rule 403, FRE and;

3.   Is barred by Rules 404(b) and 802, FRE.
     This motion is brought pursuant to Rule 7(b) of the

Federal Rules of Civil Procedure, Rules 403, 404, 602, 701, and

802, FRE, Rule 16.9, Local Rules of Practice for the United

States District Court for the District of Hawaii, and is based

upon the memorandum attached hereto, the records and files in

this action and such further evidence or argument which may be

presented at a hearing on the motion.

    DATED:    Honolulu, Hawaii,  __April 22, 2008_____ .


    /s/ Eric A. Seitz_____
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
DELLA A. BELATTI

Attorneys for Third-Party
Defendant Gary Rodrigues