IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE K. ENDO, | ) | CIVIL NO. 03-00563 LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party Defendant | ) ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served this date electronically via CM/ECF to the following at the addresses listed below:

> CLAYTON C. IKEI, ESQ.
> JERRY P.S. CHANG, ESQ.
> 1440 Kapiolani Blvd.
> Suite 1203
> Honolulu, Hawaii 96814
> E-Mail: CCIOffice@hawaii.rr.com
>
> Attorney for Plaintiff
> Jeanne K. Endo
>
> JAMES E. T. KOSHIBA, ESQ.
> CHARLES A. PRICE, ESQ.
> 2600 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813

E-Mail: cprice@koshibalaw.com

Attorneys for Defendant
United Public Workers,
AFSME Local 646, AFL-CIO

DATED: Honolulu, Hawaii, April 22, 2008.

/s/ Eric A. Seitz
ERIC A. SEITZ

2