ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ           1412
LAWRENCE I. KAWASAKI    5820
DELLA A. BELATTI        7945
820 Mililani Street, Suite 714
Honolulu, Hawaii  96813
Telephone:    (808) 533-7434
Facsimile:    (808) 545-3608

Attorneys for Third-Party
Defendant Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE K. ENDO, | ) | CIVIL NO. 03-00563 LEK |
| | ) | |
| Plaintiff, | ) | THIRD-PARTY DEFENDANT |
| | ) | GARY W. RODRIGUES' NINTH |
| vs. | ) | MOTION IN LIMINE TO BAR |
| | ) | ALL TESTIMONY CONCERNING |
| UNITED PUBLIC WORKERS, AFSCME | ) | WORK PERFORMED ON A |
| LOCAL 646, AFL-CIO, | ) | PROPERTY IN BEND, OREGON; |
| Defendant, | ) | MEMORANDUM IN SUPPORT |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party | ) | TRIAL: May 13, 2008 |
| Defendant | ) | |
| | ) | |

THIRD-PARTY DEFENDANT GARY RODRIGUES' NINTH MOTION IN LIMINE
TO BAR ALL TESTIMONY CONCERNING WORK PERFORMED
<u>ON A PROPERTY IN BEND, OREGON</u>

Comes now Third-Party Defendant GARY W. RODRIGUES (hereinafter referred to as "Rodrigues"), by and through his undersigned attorneys, and hereby moves <u>in</u> <u>limine</u> for an order

barring all testimony concerning work performed on a property in Bend, Oregon at trial in the above referenced case on the bases that such testimony or evidence:

1. Lacks any relevance to any of the issues in this case;

2. Will result in unfair prejudice to Rodrigues, confuse the issues in this case and/or mislead the jury;

3. Will result in undue delay, waste of time and/or the presentation of needless duplicative evidence; and

4. Is barred by Rule 404(b), Federal Rules of Evidence.

This motion is brought pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Rules 401, 402, 403, and 404(b) of the Federal Rules of Evidence, Rule 16.9, Local Rules of Practice for the United States District Court for the District of Hawaii, and is based upon the memorandum attached hereto, the records and files in this action and such further evidence or argument which may be presented at a hearing on the motion.

DATED:  Honolulu, Hawaii, __April 22, 2008__  .

/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
DELLA A. BELATTI

Attorneys for Third-Party
Defendant Gary W. Rodrigues

2