ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI     5820
DELLA A. BELATTI         7945
820 Mililani Street, Suite 714
Honolulu, Hawaii  96813
Telephone:    (808) 533-7434
Facsimile:    (808) 545-3608

Attorneys for Third-Party
Defendant Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE K. ENDO, | ) | CIVIL NO. 03-00563 LEK |
| | ) | |
| Plaintiff, | ) | THIRD-PARTY DEFENDANT |
| | ) | GARY W. RODRIGUES' TENTH |
| vs. | ) | MOTION IN LIMINE TO BAR |
| | ) | TESTIMONY OR EVIDENCE |
| UNITED PUBLIC WORKERS, AFSCME | ) | CONCERNING RODRIGUES' |
|     LOCAL 646, AFL-CIO, | ) | CHARACTER; MEMORANDUM IN |
| | ) | SUPPORT; CERTIFICATE OF |
| Defendant, | ) | SERVICE |
| | ) | |
| vs. | ) | |
| | ) | TRIAL:  May 13, 2008 |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party | ) | |
| Defendant | ) | |
| | ) | |

THIRD-PARTY DEFENDANT GARY RODRIGUES' TENTH MOTION IN LIMINE TO
BAR ALL TESTIMONY OR EVIDENCE CONCERNING RODRIGUES' CHARACTER

Comes now Third-Party Defendant GARY W. RODRIGUES (hereinafter referred to as "Rodrigues"), by and through his undersigned attorneys, and hereby moves in limine for an order

barring all testimony or evidence concerning Rodrigues' character at trial in the above referenced case on the bases that such testimony or evidence:

1. Lacks any relevance to any of the issues in this case;

2. Will result in unfair prejudice to Rodrigues, confuse the issues in this case and/or mislead the jury;

3. Will result in undue delay, waste of time and/or the presentation of needless duplicative evidence and;

4. Is barred by Rules 404 and 405, Federal Rules of Evidence.

This motion is brought pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Rules 401, 402, 403, 404, and 405 of the Federal Rules of Evidence, Rule 16.9, Local Rules of Practice for the United States District Court for the District of Hawaii, and is based upon the memorandum attached hereto, the records and files in this action and such further evidence or argument which may be presented at a hearing on the motion.

DATED:  Honolulu, Hawaii,   April 22, 2008  .

/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
DELLA A. BELATTI

Attorneys for Third-Party
Defendant Gary W. Rodrigues

2