ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ              1412
LAWRENCE I. KAWASAKI       5820
DELLA A. BELLATI           7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Third-Party
Defendant Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | CIVIL NO. 03-00563 LEK |
| Plaintiff, | |
| vs. | THIRD-PARTY DEFENDANT GARY W. RODRIGUES' FINAL WITNESS LIST; CERTIFICATE OF SERVICE |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | |
| Defendant. | |
| vs. | |
| GARY W. RODRIGUES, | |
| Third-Party Defendant | TRIAL: May 13, 2008 |

## THIRD-PARTY DEFENDANT GARY W. RODRIGUES'
## FINAL WITNESS LIST

Third-Party Defendant Gary W. Rodrigues (hereinafter "Rodrigues"), by and through his undersigned counsel, hereby submits the following list of witnesses he intends to call at the trial in the above referenced matter:

(1) Dwight S. Takeno
46-332 Kumoo Loop
Kaneohe, Hawaii 96744

Mr. Takeno will testify as to the findings of his administrative investigation of Plaintiff's complaint of sexual harassment by Rodrigues, inter alia. Mr. Takeno's testimony on direct examination will require approximately 1 hour.

(2) John F. Perkin, Esq.
Davies Pacific Center
841 Bishop Street, Suite 2000
Honolulu, Hawaii 96813

Mr. Perkin will testify as to the circumstances surrounding his retention and investigation of Plaintiff's complaints to the Hawaii Civil Rights Commission and the U.S. Equal Employment Opportunity Commission. Mr. Perkins' testimony on direct examination will require approximately .5 hour.

(3) Robert F. Miller, Esq.

Dillingham Transportation Building
735 Bishop Street, PH 500
Honolulu, Hawaii 96813

Mr. Miller will testify as to the circumstances surrounding his retention and investigation of Plaintiff's complaints to the Hawaii Civil Rights Commission and the U.S. Equal Employment Opportunity Commission. Mr. Miller's testimony on direct examination will require approximately .5 hour.

(4) Sharon S. Lawler, M.D.
750 Palani Avenue
Honolulu, Hawaii 96816

Dr. Lawler will testify as to Mr. Rodrigues' physical characteristics. Dr. Lawler's testimony on direct examination will require approximately .25 hours.

DATED:   Honolulu, Hawaii,  April 22, 2008            .

          /s/ Eric A. Seitz
          ERIC A. SEITZ
          LAWRENCE I. KAWASAKI
          DELLA A. BELATTI

          Attorneys for Third-Party
          Defendant Gary Rodrigues

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, ) | CIVIL NO. 03-00563 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| UNITED PUBLIC WORKERS, ) | |
| AFSCME LOCAL 646, AFL-CIO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| vs. ) | |
| ) | |
| GARY W. RODRIGUES, ) | |
| ) | |
| Third-Party ) | |
| Defendant ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served this date to the following via CM/ECF at the addresses listed below:

        CLAYTON C. IKEI, ESQ.
        JERRY P.S. CHANG, ESQ.
        1440 Kapiolani Blvd.
        Suite 1203
        Honolulu, Hawaii 96814
        E-Mail: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
Jeanne K. Endo

JAMES E. T. KOSHIBA, ESQ.
CHARLES A. PRICE, ESQ.
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
E-Mail: cprice@koshibalaw.com

Attorneys for Defendant
United Public Workers,
AFSME Local 646, AFL-CIO

DATED: Honolulu, Hawaii, April 22, 2008                .

　　　　　　　　　　　/s/ Eric A. Seitz
　　　　　　　　　　　ERIC A. SEITZ