cc: lek

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI      1260
JERRY P.S. CHANG     6671
1440 Kapiolani Blvd. Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,<br><br>    Defendant.<br><br>UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>GARY W. RODRIGUES,<br><br>    Third-Party Defendant. | CIVIL NO. 03-00563 LEK<br><br>PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE OF SEXUAL HARASSMENT OF OTHER WOMEN IN THE WORKPLACE BY THIRD-PARTY DEFENDANT GARY W. RODRIGUES; MEMORANDUM OF LAW IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br><br><br>DATE: _____<br>TIME: _____<br>JUDGE: Leslie E. Kobayashi<br><br><br>TRIAL DATE: May 13, 2008 |

**PLAINTIFF'S MOTION IN LIMINE TO ADMIT
EVIDENCE OF SEXUAL HARASSMENT OF OTHER WOMEN IN
<u>THE WORKPLACE BY THIRD-PARTY DEFENDANT GARY W. RODRIGUES</u>**

Comes now Plaintiff Jeanne K. Endo, by and through her

counsel, and hereby submits her Plaintiff's Motion in Limine to

Admit Evidence of Sexual Harassment of Other Women in the Workplace by Third-Party Defendant Gary W. Rodrigues.

This Motion is made pursuant to Federal Rules of Civil Procedures 7, and Federal Rules of Evidence 401, 402, and 404(b), and is supported by the attached memorandum of law and the records and files herein.

DATED:   Honolulu, Hawaii, April 22, 2008.

CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE K. ENDO