IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| v. | ) |
| | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GARY W. RODRIGUES, | ) |
| | ) |
| Third-Party Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document was duly served upon the following parties at their last known address via U.S. mail, postage prepaid, on April 22, 2008:

       TO:  ERIC A. SEITZ, ESQ.
             LAWRENCE I. KAWASAKI, ESQ.
             820 Mililani Street, Suite 714
             Honolulu, Hawaii 96813

             Attorneys for Third-Party
             Defendant Gary W. Rodrigues

AND

```
                    JAMES E.T. KOSHIBA, ESQ.
                    CHARLES A. PRICE, ESQ.
                    KOSHIBA AGENA & KUBOTA
                    2600 Pauahi Tower
                    1001 Bishop Street
                    Honolulu, Hawaii 96813

                    Attorneys for Defendant
                    UPW, AFSCME, LOCAL 646, AFL-CIO

DATED: Honolulu, Hawaii, April 22, 2008.

                                    _____
                                    CLAYTON C. IKEI
                                    JERRY P.S. CHANG

                                    Attorneys for Plaintiff
                                    JEANNE K. ENDO
```