ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI      1260
JERRY P.S. CHANG     6671
1440 Kapiolani Blvd. Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| Plaintiff, | ) PLAINTIFF'S MOTION IN LIMINE TO ) EXCLUDE EVIDENCE REGARDING |
| v. | ) PLAINTIFF'S COMPLAINT FILED ) WITH THE HAWAII CIVIL RIGHTS |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) COMMISSION ON JUNE 18, 1993; ) CERTIFICATE OF SERVICE |
| Defendant. | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) DATE: _____ ) TIME: _____ |
| GARY W. RODRIGUES, | ) JUDGE: Leslie E. Kobayashi |
| Third-Party Defendant. | ) TRIAL DATE: May 13, 2008 |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
EVIDENCE REGARDING PLAINTIFF'S COMPLAINT FILED
<u>WITH THE HAWAII CIVIL RIGHTS COMMISSION ON JUNE 18, 1993</u>**

Comes now Plaintiff Jeanne K. Endo, by and through her counsel, and hereby submits her Motion in Limine to Exclude Evidence Regarding Plaintiff's Complaint Filed with the Hawaii Civil Rights Commission on June 18, 1993.

This Motion is made pursuant to Federal Rules of Civil Procedure 7, and Federal Rules of Evidence 401, 402, 403, and 408, and is supported by the attached memorandum of law and the records and files herein.

DATED:   Honolulu, Hawaii, April 22, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE K. ENDO