CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI        1260
JERRY P.S. CHANG       6671
1440 Kapiolani Blvd. Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| Plaintiff, | ) PLAINTIFF'S MOTION IN LIMINE TO |
| | ) EXCLUDE EVIDENCE REGARDING |
| v. | ) PLAINTIFF'S PAST SEXUAL |
| | ) BEHAVIOR; MEMORANDUM OF LAW IN |
| UNITED PUBLIC WORKERS, AFSCME | ) SUPPORT OF MOTION; CERTIFICATE |
| LOCAL 646, AFL-CIO, | ) OF SERVICE |
| Defendant. | ) |
| | |
| UNITED PUBLIC WORKERS, | ) |
| AFSCME LOCAL 646, AFL-CIO, | ) |
| Third-Party Plaintiff, | ) |
| | ) DATE: |
| v. | ) TIME: |
| | ) JUDGE: Leslie E. Kobayashi |
| GARY W. RODRIGUES, | ) |
| Third-Party Defendant. | ) TRIAL DATE: May 13, 2008 |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
EVIDENCE REGARDING PLAINTIFF'S PAST SEXUAL BEHAVIOR**

Comes now Plaintiff Jeanne K. Endo, by and through her counsel, and hereby submits her Motion in Limine to Exclude Evidence Regarding Plaintiff's Past Sexual Behavior.

This Motion is made pursuant to Federal Rules of Civil Procedures 7, and Federal Rules of Evidence 401, 402, and 412, and is supported by the attached memorandum of law and the records and files herein.

DATED:   Honolulu, Hawaii, April 22, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE K. ENDO