IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JEANNE K. ENDO,                        ) CIVIL NO. 03-00563 LEK
                                       )
            Plaintiff,                 ) CERTIFICATE OF SERVICE
                                       )
        v.                             )
                                       )
UNITED PUBLIC WORKERS, AFSCME          )
LOCAL 646, AFL-CIO,                    )
                                       )
            Defendant.                 )
                                       )
_____       )
                                       )
UNITED PUBLIC WORKERS,                 )
AFSCME LOCAL 646, AFL-CIO,             )
                                       )
     Third-Party Plaintiff,            )
                                       )
        v.                             )
                                       )
GARY W. RODRIGUES,                     )
                                       )
     Third-Party Defendant.            )
_____       )

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document was duly served upon the following parties at their last known address via U.S. mail, postage prepaid, on April 22, 2008:

TO:  ERIC A. SEITZ, ESQ.
     LAWRENCE I. KAWASAKI, ESQ.
     820 Mililani Street, Suite 714
     Honolulu, Hawaii 96813

     Attorneys for Third-Party
     Defendant Gary W. Rodrigues

AND

JAMES E.T. KOSHIBA, ESQ.
CHARLES A. PRICE, ESQ.
KOSHIBA AGENA & KUBOTA
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
UPW, AFSCME, LOCAL 646, AFL-CIO

DATED:    Honolulu, Hawaii, April 22, 2008.


                    _____
                    CLAYTON C. IKEI
                    JERRY P.S. CHANG

                    Attorneys for Plaintiff
                    JEANNE K. ENDO

2