CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI     1260
JERRY P.S. CHANG    6671
1440 Kapiolani Blvd. Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| | ) |
| Plaintiff, | ) PLAINTIFF'S MOTION IN LIMINE TO |
| | ) ADMIT EVIDENCE REGARDING |
| v. | ) SETTLEMENT OF A PRIOR SEXUAL |
| | ) HARASSMENT COMPLAINT AGAINST |
| UNITED PUBLIC WORKERS, AFSCME | ) DEFENDANT UNITED PUBLIC |
| LOCAL 646, AFL-CIO, | ) WORKERS, AFSCME LOCAL 646, AFL- |
| | ) CIO; MEMORANDUM OF LAW IN |
| Defendant. | ) SUPPORT OF MOTION; CERTIFICATE |
| | ) OF SERVICE |
| | ) |
| UNITED PUBLIC WORKERS, | ) |
| AFSCME LOCAL 646, AFL-CIO, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) DATE: |
| v. | ) TIME: |
| | ) JUDGE: Leslie E. Kobayashi |
| GARY W. RODRIGUES, | ) |
| | ) |
| Third-Party Defendant. | ) TRIAL DATE: May 13, 2008 |

**PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE REGARDING
SETTLEMENT OF A PRIOR SEXUAL HARASSMENT COMPLAINT AGAINST
<u>DEFENDANT UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO</u>**

Comes now Plaintiff Jeanne K. Endo, by and through her counsel, and hereby submits her Motion in Limine to Admit Evidence Regarding Settlement of a Prior Sexual Harassment Complaint Against Defendant United Public Workers, AFSCME Local 646, AFL-CIO.

This Motion is made pursuant to Federal Rules of Civil Procedures 7, and Federal Rules of Evidence 401, 402, and 404(b), and is supported by the attached memorandum of law and the records and files herein.

DATED:   Honolulu, Hawaii, April 22, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE K. ENDO