CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI      1260
JERRY P.S. CHANG     6671
1440 Kapiolani Blvd. Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,<br><br>          Defendant.<br><br>UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,<br><br>     Third-Party Plaintiff,<br><br>     v.<br><br>GARY W. RODRIGUES,<br><br>     Third-Party Defendant. | CIVIL NO. 03-00563 LEK<br><br>PLAINTIFF'S MOTION IN LIMINE TO INCLUDE EVIDENCE OF THIRD-PARTY DEFENDANT GARY W. RODRIGUES' CRIMINAL CONVICTION AS TO ISSUE OF CREDIBILITY; MEMORANDUM OF LAW IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br><br>DATE: _____<br>TIME: _____<br>JUDGE: Leslie E. Kobayashi<br><br>TRIAL DATE: May 13, 2008 |

**PLAINTIFF'S MOTION IN LIMINE TO INCLUDE EVIDENCE
OF THIRD-PARTY DEFENDANT GARY W. RODRIGUES'
<u>CRIMINAL CONVICTION AS TO ISSUE OF CREDIBILITY</u>**

Comes now Plaintiff Jeanne K. Endo, by and through her counsel, and hereby submits her Motion in Limine to Include

Evidence of Third-Party Defendant Gary W. Rodrigues' Criminal Conviction as to Issue of Credibility.

This Motion is made pursuant to Federal Rules of Civil Procedure 7, and Federal Rules of Evidence 401, 402, and 609, and is supported by the attached memorandum of law and the records and files herein.

DATED:   Honolulu, Hawaii, April 22, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE K. ENDO

2