CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI       1260
JERRY P.S. CHANG      6671
1440 Kapiolani Blvd. Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2008

at _12_ o'clock and _5_ min _P_ M. 

SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,<br><br>        Defendant.<br><br>UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,<br><br>    Third-Party Plaintiff,<br><br>        v.<br><br>GARY W. RODRIGUES,<br><br>    Third-Party Defendant. | ) CIVIL NO. 03-00563 LEK<br>)<br>) PLAINTIFF'S MOTION IN LIMINE TO<br>) ADMIT EVIDENCE REGARDING THIRD-<br>) PARTY DEFENDANT GARY W.<br>) RODRIGUES' REMOVAL FROM UNITED<br>) PUBLIC WORKERS, AFSCME LOCAL<br>) 646, AFL-CIO; MEMORANDUM OF LAW<br>) IN SUPPORT OF MOTION;<br>) DECLARATION OF JERRY P.S.<br>) CHANG; EXHIBIT "A"; CERTIFICATE<br>) OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) DATE: _____<br>) TIME: _____<br>) JUDGE: Leslie E. Kobayashi<br>)<br>) TRIAL DATE: May 13, 2008 |

**PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE
REGARDING THIRD-PARTY DEFENDANT GARY W. RODRIGUES'
REMOVAL FROM UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO**

Comes now Plaintiff Jeanne K. Endo, by and through her counsel, and hereby submits her Motion in Limine to Admit Evidence Regarding Third-Party Defendant Gary W. Rodrigues' Removal from United Public Workers, AFSCME Local 646, AFL-CIO.

This Motion is made pursuant to Federal Rules of Civil Procedures 7, and Federal Rules of Evidence 401, 402, and 404(b), and is supported by the attached memorandum of law and the records and files herein.

DATED:    Honolulu, Hawaii, April 22, 2008.

CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE K. ENDO