IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| Plaintiff, | ) DECLARATION OF JERRY P.S. CHANG |
| v. | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| Defendant. | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| GARY W. RODRIGUES, | ) |
| Third-Party Defendant. | ) |

### DECLARATION OF JERRY P.S. CHANG

I, Jerry P.S. Chang, hereby declare that the following is true and correct.

1. I am an attorney licensed in the State of Hawaii, and I am an attorney for Plaintiff Jeanne K. Endo in this matter.

2. That Exhibit "A" is a true and correct copy of the American Federation of State, County and Municipal Employees, AFL-CIO, Judicial Panel Case No. 02-121 decision on administratorship for Local 626, dated June 4, 2003.

DATED: Honolulu, Hawaii, April 22, 2008.

JERRY P.S. CHANG