IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED PUBLIC WORKERS, AFSCME<br>LOCAL 646, AFL-CIO,<br><br>        Defendant.<br><br>UNITED PUBLIC WORKERS,<br>AFSCME LOCAL 646, AFL-CIO,<br><br>    Third-Party Plaintiff,<br><br>        v.<br><br>GARY W. RODRIGUES,<br><br>    Third-Party Defendant. | ) CIVIL NO. 03-00563 LEK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document was duly served upon the following parties at their last known address via U.S. mail, postage prepaid, on April 22, 2008:

        TO:  ERIC A. SEITZ, ESQ.
              LAWRENCE I. KAWASAKI, ESQ.
              820 Mililani Street, Suite 714
              Honolulu, Hawaii 96813

              Attorneys for Third-Party
              Defendant Gary W. Rodrigues

AND

```
                    JAMES E.T. KOSHIBA, ESQ.
                    CHARLES A. PRICE, ESQ.
                    KOSHIBA AGENA & KUBOTA
                    2600 Pauahi Tower
                    1001 Bishop Street
                    Honolulu, Hawaii 96813

                    Attorneys for Defendant
                    UPW, AFSCME, LOCAL 646, AFL-CIO
```

DATED: Honolulu, Hawaii, April 22, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE K. ENDO