CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI      1260
JERRY P.S. CHANG     6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| Plaintiff, | ) PLAINTIFF'S DEPOSITION EXCERPT |
| | ) DESIGNATIONS; CERTIFICATE OF |
| v. | ) SERVICE |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| Defendant. | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| GARY W. RODRIGUES, | ) |
| Third-Party Defendant. | ) TRIAL DATE: May 13, 2008 |

**PLAINTIFF'S DEPOSITION EXCERPT DESIGNATIONS**

Plaintiff Jeanne K. Endo, by and through her counsel, hereby submits her Deposition Excerpt Designations.

  A. Deposition of Gary W. Rodrigues, taken on July 7, 2004, in the above entitled matter:

   1. p. 5 line 18 to p. 6 line 8;

   2. p. 9 line 5 to p. 10 line 9;

   3. p. 15 lines 4 to 24;

   4. p. 27 lines 9 to 17;

   5. p. 30 line 17 to p. 31 line 16;

   6. p. 44 line 25 to p. 52 line 4;

   7. p. 54 lines 7 to 11;

   8. p. 55 line 15 to p. 57 line 23;

   9. p. 59 line 24 to p. 60 line 14;

   10. p. 61 line 1 to p. 65 line 22;

   11. p. 67 lines 18 to 22;

   12. p. 69 line 4 to p. 70 line 10;

   13. p. 78 lines 1 to 17;

   14. p. 80 lines 2 to 5;

   15. p. 82 lines 11 to 14; 20 to 23.

DATED: Honolulu, Hawaii, April 22, 2008.

             _____
             CLAYTON C. IKEI
             JERRY P.S. CHANG

             Attorneys for Plaintiff
             JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | |
| Defendant. | |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | |
| Third-Party Plaintiff, | |
| v. | |
| GARY W. RODRIGUES, | |
| Third-Party Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following parties at their last known address via U.S. Mail, postage prepaid, on April 22, 2008:

        TO:  ERIC A. SEITZ, ESQ.
              LAWRENCE I. KAWASAKI, ESQ.
              820 Mililani Street, Suite 714
              Honolulu, Hawaii 96813

              Attorneys for Third Party
              Defendant Gary W. Rodrigues

AND

```
            JAMES E.T. KOSHIBA, ESQ.
            CHARLES A. PRICE, ESQ.
            KOSHIBA AGENA & KUBOTA
            2600 Pauahi Tower
            1001 Bishop Street
            Honolulu, Hawaii 96813

            Attorneys for Defendant
            UPW, AFSCME, LOCAL 646, AFL-CIO

DATED:   Honolulu, Hawaii, April 22, 2008.

                            _____
                            CLAYTON C. IKEI
                            JERRY P.S. CHANG

                            Attorneys for Plaintiff
                            JEANNE K. ENDO
```