ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 23 2008

at __4__ o'clock and __00__ min. __P__ M.
SUE BEITIA, CLERK

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI           1260
JERRY P.S. CHANG          6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,<br><br>　　　　　　　　Defendant.<br>UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,<br><br>　　　　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>GARY W. RODRIGUES,<br><br>　　　　　　　　Third-Party Defendant. | CIVIL NO. 03-00563 DAE KSC<br><br>PLAINTIFF'S SUPPLEMENT TO HER FINAL COMPREHENSIVE WITNESS LIST; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>TRIAL DATE: May 13, 2008 |

### PLAINTIFF'S SUPPLEMENT TO HER FINAL COMPREHENSIVE WITNESS LIST

Plaintiff Jeanne K. Endo, by and through her counsel, hereby submits her Supplement to Her Final Comprehensive Witness List as the following names were inadvertently omitted in the original list.

A.  **Nonexperts**

1.  Diann Berndt, 6235 Kawaihae Place, Honolulu, Hawaii 96825. Ms. Berndt is a UPW employee and is expected to testify as to the factual allegations in the pleadings. Estimated time: 2 hours.

B.  **Expert**

1.  Izumi Kobashigawa, M.D., 321 N. Kuakini Street, Room 310, Honolulu, Hawaii 96817. Dr. Kobashigawa is Plaintiff's treating physician and is expected to testify as to Plaintiff's condition and treatment thereof. Estimated time: 2 hours.

DATED: Honolulu, Hawaii, April 23, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED PUBLIC WORKERS, AFSCME<br>LOCAL 646, AFL-CIO,<br><br>   Defendant.<br><br>UNITED PUBLIC WORKERS,<br>AFSCME LOCAL 646, AFL-CIO,<br><br>  Third-Party Plaintiff,<br><br>  v.<br><br>GARY W. RODRIGUES,<br><br>  Third-Party Defendant. | CIVIL NO. CV03-00563 SPK KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following parties at their last known address via U.S. Mail, postage prepaid, on April 23, 2008:

    TO: ERIC A. SEITZ, ESQ.
       LAWRENCE I. KAWASAKI, ESQ.
       820 Mililani Street, Suite 714
       Honolulu, Hawaii 96813

       Attorneys for Third Party
       Defendant Gary W. Rodrigues

AND

```
                    JAMES E.T. KOSHIBA, ESQ.
                    CHARLES A. PRICE, ESQ.
                    KOSHIBA AGENA & KUBOTA
                    2600 Pauahi Tower
                    1001 Bishop Street
                    Honolulu, Hawaii 96813

                    Attorneys for Defendant
                    UPW, AFSCME, LOCAL 646, AFL-CIO
```

DATED: Honolulu, Hawaii, April 23, 2008.

```
                    _____
                    CLAYTON C. IKEI
                    JERRY P.S. CHANG

                    Attorneys for Plaintiff
                    JEANNE K. ENDO
```

2