ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ              1412
LAWRENCE I. KAWASAKI      5820
DELLA A. BELATTI           7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Third-Party
Defendant Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE K. ENDO, | ) | CIVIL NO. 03-00563 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | THIRD-PARTY DEFENDANT GARY |
| | ) | W. RODRIGUES' PROPOSED JURY |
| UNITED PUBLIC WORKERS, AFSCME | ) | INSTRUCTIONS; CERTIFICATE |
| LOCAL 646, AFL-CIO, | ) | OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party | ) | |
| Defendant | ) | |
| | ) | TRIAL: May 13, 2008 |

THIRD-PARTY DEFENDANT GARY W. RODRIGUES'
PROPOSED JURY INSTRUCTIONS

Third-Party Defendant Gary W. Rodrigues, by and through his

undersigned counsel, hereby submits the attached proposed jury

instructions for the trial in the above referenced matter.

/

/

DATED:    Honolulu, Hawaii,    April 29, 2008       .


                          /s/ Eric A. Seitz
                          ERIC A. SEITZ
                          LAWRENCE I. KAWASAKI
                          DELLA A. BELATTI

                          Attorneys for Third-Party
                          Defendant Gary Rodrigues