DUTY OF INDEMNITY

    The law requires that an employer indemnify its employee for the expenses of defending actions by third persons brought because of the employee's authorized conduct where such actions are determined to be unfounded.

    If you determine that Plaintiff's lawsuit was brought because of Mr. Rodrigues' "authorized" conduct and that the lawsuit was unfounded you must find that Defendant UPW is responsible for paying the attorneys fees and costs Mr. Rodrigues has incurred to defend himself in this case.

Restatement (Second) of Agency §§438 and 439(d) (1957)