IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | CIVIL NO. 03-00563 LEK |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | |
| Defendant. | |
| vs. | |
| GARY W. RODRIGUES, | |
| Third-Party Defendant | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served this date to the following via CM/ECF at the addresses listed below:

> CLAYTON C. IKEI, ESQ.
> JERRY P.S. CHANG, ESQ.
> 1440 Kapiolani Blvd.
> Suite 1203
> Honolulu, Hawaii 96814
> E-Mail: CCIOffice@hawaii.rr.com

> Attorneys for Plaintiff
> Jeanne K. Endo

> JAMES E. T. KOSHIBA, ESQ.
> CHARLES A. PRICE, ESQ.
> 2600 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813
> E-Mail: cprice@koshibalaw.com

/

```
                    Attorneys for Defendant
                    United Public Workers,
                    AFSME Local 646, AFL-CIO

DATED:  Honolulu, Hawaii,    April 29, 2008           .



                            /s/ Eric A. Seitz
                           ERIC A. SEITZ
```