ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI  5820
DELLA A. BELATTI        7945
820 Mililani Street
Suite 714
Honolulu, Hawaii  96813
Telephone:  (808) 533-7434
Facsimile:   (808) 545-3608

Attorneys  for  Third-Party
Defendant Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE  K.  ENDO, | ) | CIVIL NO. 03-00563 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | THIRD-PARTY DEFENDANT |
| | ) | GARY W. RODRIGUES' OB- |
| UNITED PUBLIC WORKERS, | ) | JECTIONS  TO  PLAINTIFF'S |
| AFSCME LOCAL 646, AFL- | ) | PROPOSED EXHIBITS;  CER- |
| CIO, | ) | TIFICATE  OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party | ) | TRIAL:     May 13, 2008 |
| Defendant | ) | |
| | ) | |

THIRD-PARTY DEFENDANT GARY W. RODRIGUES' OB-
JECTIONS TO PLAINTIFF'S PROPOSED EXHIBITS

Third-Party Gary W. Rodrigues hereby objects to all of the exhibits proposed by Plaintiff on the grounds of lack of foundation, relevance, materiality, hearsay, and lack of probative value to outweigh possible prejudice, inter alia, with the exception of proposed exhibits 2, 6, 11, 20, 21, 59, 60, 61, 78, 90, 99, 101, 115, 118, 186, and 187.

DATED:     Honolulu, Hawaii April 29, 2008.


/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
DELLA A. BELATTI

Attorneys for Third-Party
Defendant Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE K. ENDO, | ) | CIVIL NO. 03-00563 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| UNITED PUBLIC WORKERS, | ) | |
| AFSCME LOCAL 646, AFL- | ) | |
| CIO, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party | ) | |
| Defendant | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the

foregoing document was duly served this date to the following via CM/ECF

at the addresses listed below:

CLAYTON C. IKEI, ESQ.
JERRY P.S. CHANG, ESQ.
1440 Kapiolani Blvd.
Suite 1203
Honolulu, Hawaii 96814
E-Mail: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
Jeanne K. Endo

JAMES E. T. KOSHIBA, ESQ.
CHARLES A. PRICE, ESQ.
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
E-Mail:  cprice@koshibalaw.com

Attorneys for Defendant
United Public Workers,
AFSCME Local 646, AFL-CIO


DATED:    Honolulu, Hawaii, April 29, 2008.



/s/ Eric A. Seitz
ERIC A. SEITZ