ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ 1412
LAWRENCE I. KAWASAKI 5820
DELLA A. BELATTI 7945
820 Mililani Street
Suite 714
Honolulu, Hawaii 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Third-Party
Defendant Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>Third-Party Defendant | CIVIL NO. 03-00563 LEK<br><br>THIRD-PARTY DEFENDANT GARY W. RODRIGUES' OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS; CERTIFICATE OF SERVICE<br><br>TRIAL: May 13, 2008 |

THIRD-PARTY DEFENDANT GARY W. RODRIGUES' OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

Third-Party Gary W. Rodrigues hereby objects to the deposition designations submitted by Plaintiff on the grounds that the Plaintiff cannot demonstrate that Mr. Rodrigues is unavailable to testify in person and has made absolutely no effort to subpoena Mr. Rodrigues or otherwise secure his presence to testify at the trial of this case. Mr. Rodrigues can be served with a subpoena at the institution in which he is confined or, alternatively, could testify by telephone or video conferencing. Accordingly, since Mr. Rodrigues is reasonably available to testify in person, if the party seeking to offer his testimony were to make the necessary arrangements, there is no basis or justification for admitting any portions of his deposition testimony.

Moreover it is submitted that the only purpose for seeking to admit portions of the deposition testimony is to enable the Plaintiff to then turn around and attack Mr. Rodrigues' credibility by offering evidence of his criminal conviction and otherwise inadmissible evidence of his alleged bad character.

Finally, in the event that any deposition testimony by Mr. Rodrigues is admitted, over the objections of his counsel, he hereby reserves the right to offer other portions of his deposition and for that purpose counter

designates the entire deposition from which certain excerpts may be selected.

DATED: Honolulu, Hawaii April 29, 2008.

/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
DELLA A. BELATTI

Attorneys for Third-Party
Defendant Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE K. ENDO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>Third-Party Defendant | ) | CIVIL NO. 03-00563 LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served this date to the following via CM/ECF at the addresses listed below:

CLAYTON C. IKEI, ESQ.
JERRY P.S. CHANG, ESQ.
1440 Kapiolani Blvd.
Suite 1203
Honolulu, Hawaii 96814
E-Mail: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
Jeanne K. Endo

JAMES E. T. KOSHIBA, ESQ.
CHARLES A. PRICE, ESQ.
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
E-Mail: cprice@koshibalaw.com

Attorneys for Defendant
United Public Workers,
AFSCME Local 646, AFL-CIO

DATED: Honolulu, Hawaii, April 29, 2008.

/s/ Eric A. Seitz
ERIC A. SEITZ