KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA          768-0
CHARLES A. PRICE            5098-0
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email:  jkoshiba@koshibalaw.com
      cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED PUBLIC |
| | ) | WORKERS' POSITION |
| vs. | ) | STATEMENT RE: THIRD-PARTY |
| | ) | DEFENDANT GARY W. |
| UNITED PUBLIC WORKERS, | ) | RODRIGUES' SECOND MOTION |
| AFSCME LOCAL 646, AFL-CIO, | ) | IN LIMINE TO BAR ALL |
| | ) | TESTIMONY OR EVIDENCE AS |
| Defendant, | ) | TO INFORMATION THAT THE |
| | ) | PLAINTIFF ALLEGES OTHER |
| vs. | ) | PEOPLE TOLD HER ABOUT |
| | ) | GARY RODRIGUES; |
| GARY W. RODRIGUES, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |
| _____ | ) | |
| | | TRIAL DATE:    May 13, 2008 |

<u>DEFENDANT UNITED PUBLIC WORKERS' POSITION STATEMENT RE:
THIRD-PARTY DEFENDANT GARY W. RODRIGUES' SECOND MOTION
IN LIMINE TO BAR ALL TESTIMONY OR EVIDENCE AS TO
INFORMATION THAT THE PLAINTIFF ALLEGES OTHER PEOPLE TOLD
HER ABOUT GARY RODRIGUES</u>

Defendant United Public Workers, AFSCME Local 646, AFL-CIO

("UPW") does not oppose THIRD-PARTY DEFENDANT GARY W.

RODRIGUES' SECOND MOTION IN LIMINE TO BAR ALL TESTIMONY OR

EVIDENCE AS TO INFORMATION THAT THE PLAINTIFF ALLEGES OTHER

PEOPLE TOLD HER ABOUT GARY RODRIGUES, filed April 22, 2008.

DATED: Honolulu, Hawaii, April 29, 2008.


<u>/s/ Charles A. Price</u>
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO