KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA         768-0
CHARLES A. PRICE            5098-0
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:   523-3900
Facsimile No.:   526-9829
Email:  jkoshiba@koshibalaw.com
        cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED PUBLIC |
| | ) | WORKERS' MEMORANDUM IN |
| vs. | ) | OPPOSITION TO THIRD-PARTY |
| | ) | DEFENDANT GARY W. |
| UNITED PUBLIC WORKERS, | ) | RODRIGUES' THIRD MOTION IN |
| AFSCME LOCAL 646, AFL-CIO, | ) | LIMINE TO BAR ALL |
| | ) | TESTIMONY OR EVIDENCE |
| Defendant, | ) | REGARDING UPW'S |
| | ) | SUSPENSION AND/OR REMOVAL |
| vs. | ) | OF GARY RODRIGUES FROM HIS |
| | ) | POSITION AT UPW; |
| GARY W. RODRIGUES, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |
| _____ | ) | TRIAL DATE:   May 13, 2008 |

DEFENDANT UNITED PUBLIC WORKERS' MEMORANDUM IN OPPOSITION TO THIRD-PARTY DEFENDANT GARY W. RODRIGUES' THIRD MOTION IN LIMINE TO BAR ALL TESTIMONY OR EVIDENCE REGARDING UPW'S SUSPENSION AND/OR REMOVAL OF GARY RODRIGUES FROM HIS POSITION AT UPW

Defendant United Public Workers, AFSCME Local 646, AFL-CIO ("UPW") requests that the Court deny THIRD-PARTY DEFENDANT GARY W. RODRIGUES' THIRD MOTION IN LIMINE TO BAR ALL TESTIMONY OR EVIDENCE REGARDING UPW'S SUSPENSION AND/OR REMOVAL OF GARY RODRIGUES FROM HIS POSITION AT UPW, filed April 22, 2008, for the reasons set forth below:

1. Per FRE Rule 609(a)(2), evidence of the criminal conviction which was the basis for the suspension is admissible to impeach Mr. Rodrigues' testimony that UPW agreed to defend and indemnify him in this lawsuit.

2. The simple fact of suspension and removal is relevant to explain Mr. Rodrigues' separation from UPW. All the union politics, underlying circumstances, and reasoning surrounding the removal are irrelevant, and UPW does not oppose limiting the evidence to simply when and why Mr. Rodrigues left UPW.

DATED: Honolulu, Hawaii, April 29, 2008.

/s/ Charles A. Price
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO