KOSHIBA AGENA & KUBOTA

| | |
|---|---|
| JAMES E. T. KOSHIBA | 768-0 |
| CHARLES A. PRICE | 5098-0 |

2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:   523-3900
Facsimile No.:   526-9829
Email:  jkoshiba@koshibalaw.com
          cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED PUBLIC |
| | ) | WORKERS' POSITION |
| vs. | ) | STATEMENT RE: THIRD-PARTY |
| | ) | DEFENDANT GARY W. |
| UNITED PUBLIC WORKERS, | ) | RODRIGUES' FIFTH MOTION IN |
| AFSCME LOCAL 646, AFL-CIO, | ) | LIMINE TO BAR ALL |
| | ) | TESTIMONY OR EVIDENCE OF |
| Defendant, | ) | DEFENDANT'S ALLEGED |
| | ) | RELATIONSHIPS WITH WOMEN |
| vs. | ) | OTHER THAN PLAINTIFF; |
| | ) | CERTIFICATE OF SERVICE |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | TRIAL DATE:   May 13, 2008 |
| | ) | |

<u>DEFENDANT UNITED PUBLIC WORKERS' POSITION STATEMENT RE:
THIRD-PARTY DEFENDANT GARY W. RODRIGUES' FIFTH MOTION IN
LIMINE TO BAR ALL TESTIMONY OR EVIDENCE OF DEFENDANT'S
ALLEGED RELATIONSHIPS WITH WOMEN OTHER THAN PLAINTIFF</u>

Defendant United Public Workers, AFSCME Local 646, AFL-CIO ("UPW") does not oppose THIRD-PARTY DEFENDANT GARY W. RODRIGUES' FIFTH MOTION IN LIMINE TO BAR ALL TESTIMONY OR EVIDENCE OF DEFENDANT'S ALLEGED RELATIONSHIPS WITH WOMEN OTHER THAN PLAINTIFF, filed April 22, 2008, except that Mr. Rodrigues' admitted consensual relationships with former employees Georgietta (Carroll) Chock and Tani (Akiona) Olaso are relevant to explain why Mr. Rodrigues and Plaintiff kept their alleged relationship confidential.

DATED: Honolulu, Hawaii, April 29, 2008.

/s/ Charles A. Price
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO