KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA        768-0
CHARLES A. PRICE           5098-0
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email:  jkoshiba@koshibalaw.com
        cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED PUBLIC |
| | ) | WORKERS' POSITION |
| vs. | ) | STATEMENT RE: THIRD-PARTY |
| | ) | DEFENDANT GARY W. |
| UNITED PUBLIC WORKERS, | ) | RODRIGUES' EIGHTH MOTION |
| AFSCME LOCAL 646, AFL-CIO, | ) | IN LIMINE TO BAR ANY |
| | ) | EVIDENCE REGARDING AN |
| Defendant, | ) | ARTICLE CRITICAL OF |
| | ) | PLAINTIFF WHICH CLIFFORD T. |
| vs. | ) | UWAINE WROTE PURPORTEDLY |
| | ) | AT RODRIGUES' REQUEST; |
| GARY W. RODRIGUES, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |
| _____ | ) | TRIAL DATE:   May 13, 2008 |

DEFENDANT UNITED PUBLIC WORKERS' POSITION STATEMENT RE: THIRD-PARTY DEFENDANT GARY W. RODRIGUES' EIGHTH MOTION IN LIMINE TO BAR ANY EVIDENCE REGARDING AN ARTICLE CRITICAL OF PLAINTIFF WHICH CLIFFORD T. UWAINE WROTE PURPORTEDLY AT RODRIGUES' REQUEST

Defendant United Public Workers, AFSCME Local 646, AFL-CIO ("UPW") does not oppose THIRD-PARTY DEFENDANT GARY W. RODRIGUES' EIGHTH MOTION IN LIMINE TO BAR ANY EVIDENCE REGARDING AN ARTICLE CRITICAL OF PLAINTIFF WHICH CLIFFORD T. UWAINE WROTE PURPORTEDLY AT RODRIGUES' REQUEST, filed April 22, 2008.

DATED: Honolulu, Hawaii, April 29, 2008.

/s/ Charles A. Price
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO