KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA        768-0
CHARLES A. PRICE        5098-0
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email:  jkoshiba@koshibalaw.com
        cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED PUBLIC |
| | ) | WORKERS' POSITION |
| vs. | ) | STATEMENT RE: THIRD-PARTY |
| | ) | DEFENDANT GARY W. |
| UNITED PUBLIC WORKERS, | ) | RODRIGUES' NINTH MOTION IN |
| AFSCME LOCAL 646, AFL-CIO, | ) | LIMINE TO BAR ALL |
| | ) | TESTIMONY CONCERNING |
| Defendant, | ) | WORK PERFORMED ON A |
| | ) | PROPERTY IN BEND, OREGON; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party Defendant. | ) | TRIAL DATE:    May 13, 2008 |
| | ) | |
| _____ | ) | |

DEFENDANT UNITED PUBLIC WORKERS' POSITION STATEMENT RE:
THIRD-PARTY DEFENDANT GARY W. RODRIGUES' NINTH MOTION IN
LIMINE TO BAR ALL TESTIMONY CONCERNING WORK PERFORMED
ON A PROPERTY IN BEND, OREGON

Defendant United Public Workers, AFSCME Local 646, AFL-CIO

("UPW") does not oppose THIRD-PARTY DEFENDANT GARY W.

RODRIGUES' NINTH MOTION IN LIMINE TO BAR ALL TESTIMONY

CONCERNING WORK PERFORMED ON A PROPERTY IN BEND, OREGON,

filed April 22, 2008.

DATED: Honolulu, Hawaii, April 29, 2008.


/s/ Charles A. Price
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO