KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA          768-0
CHARLES A. PRICE          5098-0
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:     523-3900
Facsimile No.:     526-9829
Email:  jkoshiba@koshibalaw.com
          cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED PUBLIC |
| | ) | WORKERS' POSITION |
| vs. | ) | STATEMENT RE: THIRD-PARTY |
| | ) | DEFENDANT GARY W. |
| UNITED PUBLIC WORKERS, | ) | RODRIGUES' TENTH MOTION IN |
| AFSCME LOCAL 646, AFL-CIO, | ) | LIMINE TO BAR TESTIMONY OR |
| | ) | EVIDENCE REGARDING |
| Defendant, | ) | RODRIGUES' CHARACTER; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | TRIAL DATE:     May 13, 2008 |
| Third-Party Defendant. | ) | |
| | ) | |
| _____ | ) | |

<u>DEFENDANT UNITED PUBLIC WORKERS' POSITION STATEMENT RE:
THIRD-PARTY DEFENDANT GARY W. RODRIGUES' TENTH MOTION IN
LIMINE TO BAR TESTIMONY OR EVIDENCE REGARDING RODRIGUES'
CHARACTER</u>

Defendant United Public Workers, AFSCME Local 646, AFL-CIO

("UPW") does not oppose THIRD-PARTY DEFENDANT GARY W.

RODRIGUES' TENTH MOTION IN LIMINE TO BAR TESTIMONY OR

EVIDENCE REGARDING RODRIGUES' CHARACTER, filed April 22, 2008,

except to the extent it seeks to bar impeachment evidence regarding Rodrigues'

criminal conviction which is admissible pursuant to FRE Rule 609(a)(2).

DATED: Honolulu, Hawaii, April 29, 2008.


                              /s/ Charles A. Price
                              JAMES E. T. KOSHIBA
                              CHARLES A. PRICE
                              Attorneys for Defendant
                              UNITED PUBLIC WORKERS,
                              AFSCME, LOCAL 646, AFL-CIO