KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA          768-0
CHARLES A. PRICE             5098-0
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:     523-3900
Facsimile No.:     526-9829
Email:  jkoshiba@koshibalaw.com
        cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE ENDO, ) | CIVIL NO. CV03-00563 LEK |
| ) | |
| Plaintiff, ) | DEFENDANT UNITED PUBLIC |
| ) | WORKERS' MEMORANDUM IN |
| vs. ) | OPPOSITION TO PLAINTIFF'S |
| ) | MOTION IN LIMINE TO ADMIT |
| UNITED PUBLIC WORKERS, ) | EVIDENCE OF SEXUAL |
| AFSCME LOCAL 646, AFL-CIO, ) | HARASSMENT OF OTHER |
| ) | WOMEN IN THE WORKPLACE |
| Defendant, ) | BY THIRD-PARTY DEFENDANT |
| ) | GARY W. RODRIGUES; |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| GARY W. RODRIGUES, ) | |
| ) | |
| Third-Party Defendant. ) | |
| ) | TRIAL DATE:    May 13, 2008 |
| _____ ) | |

DEFENDANT UNITED PUBLIC WORKERS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE OF SEXUAL HARASSMENT OF OTHER WOMEN IN THE WORKPLACE BY THIRD-PARTY DEFENDANT GARY W. RODRIGUES

Defendant United Public Workers, AFSCME Local 646, AFL-CIO ("UPW") requests that the Court deny PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE OF SEXUAL HARASSMENT OF OTHER WOMEN IN THE WORKPLACE BY THIRD-PARTY DEFENDANT GARY W. RODRIGUES, filed April 22, 2008 for the reasons set forth below:

1. The alleged harassment of Merlene Akau and Tani Olaso is based upon hearsay and is not supported by admissible evidence. HRE Rules 801, 802.

2. Plaintiff did not witness the alleged harassment of Merlene Akau and Tani Olaso.

3. Tani Olaso (formerly Tani Akiona) is now married to Gary Rodrigues. Mr. Rodrigues' conduct toward Ms. Olaso was welcomed and not hostile. Plaintiff specifically testified that she understood that Tani liked the attention from Mr. Rodrigues. (Endo Depo. Transcript, p. 28, lines 14-16.)

Under the above circumstances, the cases cited by Plaintiff are distinguishable. Those cases involved other women in similar circumstances undergoing similar harassment that was witnessed by the plaintiff or testified to

by the other women.  Here, those facts are not present.  Pursuant to FRE Rules 401, 402, 403, 404, 602, 801, and 802, Plaintiff's proposed evidence is inadmissible.

DATED: Honolulu, Hawaii, April 29, 2008.

/s/ Charles A. Price
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO