KOSHIBA AGENA & KUBOTA

| | |
|---|---|
| JAMES E. T. KOSHIBA | 768-0 |
| CHARLES A. PRICE | 5098-0 |

2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:  523-3900
Facsimile No.:  526-9829
Email:  jkoshiba@koshibalaw.com
          cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED PUBLIC |
| | ) | WORKERS' POSITION |
| vs. | ) | STATEMENT RE: PLAINTIFF'S |
| | ) | MOTION IN LIMINE TO INCLUDE |
| UNITED PUBLIC WORKERS, | ) | EVIDENCE OF THIRD-PARTY |
| AFSCME LOCAL 646, AFL-CIO, | ) | DEFENDANT GARY W. |
| | ) | RODRIGUES' CRIMINAL |
| Defendant, | ) | CONVICTION AS TO THE ISSUE |
| | ) | OF CREDIBILITY; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | TRIAL DATE:  May 13, 2008 |
| _____ | ) | |

DEFENDANT UNITED PUBLIC WORKERS' POSITION STATEMENT RE: PLAINTIFF'S MOTION IN LIMINE TO INCLUDE EVIDENCE OF THIRD-PARTY DEFENDANT GARY W. RODRIGUES' CRIMINAL CONVICTION AS TO THE ISSUE OF CREDIBILITY

Defendant United Public Workers, AFSCME Local 646, AFL-CIO ("UPW") does not oppose PLAINTIFF'S MOTION IN LIMINE TO INCLUDE EVIDENCE OF THIRD-PARTY DEFENDANT GARY W. RODRIGUES' CRIMINAL CONVICTION AS TO THE ISSUE OF CREDIBILITY, filed April 22, 2008. The criminal conviction evidence is also admissible pursuant to FRE Rule 609(a)(2) to impeach any testimony by Gary Rodrigues that UPW agreed to defend and indemnify him in this lawsuit.

DATED: Honolulu, Hawaii, April 29, 2008.

/s/ Charles A. Price
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO