KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA         768-0
CHARLES A. PRICE            5098-0
ANDREW DAISUKE STEWART 7810-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email:  jkoshiba@koshibalaw.com
        cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE ENDO, | CIVIL NO. CV03-00563 SPK KSC |
| Plaintiff, | CERTIFICATE OF SERVICE (RE: DEFENDANT'S PROPOSED JURY INSTRUCTIONS) |
| vs. | |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | |
| Defendant, | |
| vs. | |
| GARY W. RODRIGUES, | |
| Third-Party Defendant. | |

CERTIFICATE OF SERVICE
(RE: DEFENDANT'S PROPOSED JURY INSTRUCTIONS)

The undersigned hereby certifies that on April 29, 2008, a correct copy of DEFENDANT'S PROPOSED JURY INSTRUCTIONS were duly served on the following party by electronic means:

    CLAYTON C. IKEI, ESQ.
    Law Off. of Clayton Ikei
    Commerce Tower
    1440 Kapiolani Blvd., Suite 1203
    Honolulu, Hawaii 96814

    Attorney for Plaintiff
    JEANNE ENDO

    ERIC A. SEITZ, ESQ.
    Haseko Center
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorney for Third-Party Defendant
    GARY W. RODRIGUES

 DATED: Honolulu, Hawaii, April 29, 2008.

                      /s/ Andrew D. Stewart
                      JAMES E.T. KOSHIBA
                      CHARLES A. PRICE
                      ANDREW DAISUKE STEWART
                      Attorneys for UNITED PUBLIC WORKERS,
                      AFSCME, LOCAL 646, AFL-CIO