KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA           768-0
CHARLES A. PRICE              5098-0
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email: jkoshiba@koshibalaw.com
       cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED PUBLIC |
| | ) | WORKERS' OBJECTIONS TO |
| vs. | ) | EXHIBITS; CERTIFICATE OF |
| | ) | SERVICE |
| UNITED PUBLIC WORKERS, | ) | |
| AFSCME LOCAL 646, AFL-CIO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | TRIAL DATE:  May 13, 2008 |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |
| _____ | ) | |

<u>DEFENDANT UNITED PUBLIC WORKERS'
OBJECTIONS TO EXHIBITS</u>

Defendant United Public Workers, AFSCME Local 646, AFL-CIO ("UPW") objects to the exhibits pre-marked by the opposing parties for the reasons noted below.

| <u>Exhibit</u> | <u>Objection</u> |
|---|---|
| 1 | Relevance (FRE Rules 401, 402, 403); Hearsay (FRE Rules 801, 802) |
| 2 | Hearsay (FRE Rules 801, 802) |
| 3 | Hearsay (FRE Rules 801, 802) |
| 4 | Hearsay (FRE Rules 801, 802) |
| 5 | Hearsay (FRE Rules 801, 802) |
| 6 | Hearsay (FRE Rules 801, 802); Document is incomplete, missing pages (FRE Rule 1001) |
| 7 | No objection |
| 8 | No objection |
| 9 | No objection |
| 10 | No objection |
| 11 | No objection, subject to proper foundation |
| 12 | Hearsay (FRE Rules 801, 802) |

| | |
|---|---|
| 13 | Hearsay (FRE Rules 801, 802) |
| 14 | Hearsay (FRE Rules 801, 802) |
| 15 | Hearsay (FRE Rules 801, 802) |
| 16 | Hearsay (FRE Rules 801, 802) |
| 17 | Relevance (FRE Rules 401, 402, 403, 404) |
| 18 | Relevant (FRE Rules 401, 402, 403, 404), Hearsay (FRE Rules 801, 802) |
| 19 | Hearsay (FRE Rules 801, 802); Document is incomplete; part of other document (FRE Rule 1001) |
| 20 | No objection |
| 21 | Relevance (FRE Rules 401, 402, 403) |
| 22 | Relevance (FRE Rules 401, 402, 403) |
| 23 | Relevance (FRE Rules 401, 402, 403) |
| 24 | Relevance (FRE Rules 401, 402, 403) |
| 25 | Relevance (FRE Rules 401, 402, 403) |
| 26 | Relevance (FRE Rules 401, 402, 403) |
| 27 | Relevance (FRE Rules 401, 402, 403) |
| 28 | Relevance (FRE Rules 401, 402, 403) |
| 29 | Relevance (FRE Rules 401, 402, 403) |

| | |
|---|---|
| 30 | Relevance (FRE Rules 401, 402, 403) |
| 31 | Relevance (FRE Rules 401, 402, 403) |
| 32 | Relevance (FRE Rules 401, 402, 403) |
| 33 | Relevance (FRE Rules 401, 402, 403) |
| 34 | Relevance (FRE Rules 401, 402, 403) |
| 35 | Relevance (FRE Rules 401, 402, 403) |
| 36 | Relevance (FRE Rules 401, 402, 403) |
| 37 | Relevance (FRE Rules 401, 402, 403) |
| 38 | Relevance (FRE Rules 401, 402, 403) |
| 39 | Relevance (FRE Rules 401, 402, 403) |
| 40 | Relevance (FRE Rules 401, 402, 403) |
| 41 | Relevance (FRE Rules 401, 402, 403) |
| 42 | Relevance (FRE Rules 401, 402, 403) |
| 43 | Relevance (FRE Rules 401, 402, 403) |
| 44 | Relevance (FRE Rules 401, 402, 403) |
| 45 | Relevance (FRE Rules 401, 402, 403) |
| 46 | Relevance (FRE Rules 401, 402, 403) |
| 47 | Relevance (FRE Rules 401, 402, 403) |
| 48 | Relevance (FRE Rules 401, 402, 403) |

| | |
|---|---|
| 49 | Relevance (FRE Rules 401, 402, 403) |
| 50 | Relevance (FRE Rules 401, 402, 403) |
| 51 | Relevance (FRE Rules 401, 402, 403) |
| 52 | Relevance (FRE Rules 401, 402, 403) |
| 53 | Relevance (FRE Rules 401, 402, 403) |
| 54 | Relevance (FRE Rules 401, 402, 403) |
| 55 | Relevance (FRE Rules 401, 402, 403) |
| 56 | Relevance (FRE Rules 401, 402, 403) |
| 57 | Relevance (FRE Rules 401, 402, 403) |
| 58 | Relevance (FRE Rules 401, 402, 403) |
| 59 | Relevance (FRE Rules 401, 402, 403) |
| 60 | Relevance (FRE Rules 401, 402, 403) |
| 61 | Relevance (FRE Rules 401, 402, 403) |
| 62 | Relevance (FRE Rules 401, 402, 403) |
| 63 | Relevance (FRE Rules 401, 402, 403) |
| 64 | Relevance (FRE Rules 401, 402, 403) |
| 65 | Relevance (FRE Rules 401, 402, 403) |
| 66 | Relevance (FRE Rules 401, 402, 403) |
| 67 | Relevance (FRE Rules 401, 402, 403) |

| | |
|---|---|
| 68 | Relevance (FRE Rules 401, 402, 403) |
| 69 | Relevance (FRE Rules 401, 402, 403) |
| 70 | Relevance (FRE Rules 401, 402, 403) |
| 71 | Relevance (FRE Rules 401, 402, 403) |
| 72 | Relevance (FRE Rules 401, 402, 403) |
| 73 | Relevance (FRE Rules 401, 402, 403) |
| 74 | Relevance (FRE Rules 401, 402, 403) |
| 75 | Relevance (FRE Rules 401, 402, 403) |
| 76 | Relevance (FRE Rules 401, 402, 403) |
| 77 | Relevance (FRE Rules 401, 402, 403) |
| 78 | Relevance (FRE Rules 401, 402, 403) |
| 79 | Relevance (FRE Rules 401, 402, 403) |
| 80 | Relevance (FRE Rules 401, 402, 403) |
| 81 | Relevance (FRE Rules 401, 402, 403) |
| 82 | Relevance (FRE Rules 401, 402, 403) |
| 83 | Relevance (FRE Rules 401, 402, 403) |
| 84 | Relevance (FRE Rules 401, 402, 403) |
| 85 | No objection |
| 86 | No objection |

| | |
|---|---|
| 87 | No objection |
| 88 | No objection |
| 89 | No objection |
| 90 | No objection |
| 91 | No objection |
| 92 | No objection |
| 93 | No objection |
| 94 | No objection |
| 95 | Relevance (FRE Rules 401, 402, 403); Hearsay (FRE Rules 801, 802) |
| 96 | No objection |
| 97 | No objection |
| 98 | No objection |
| 99 | No objection |
| 100 | No objection |
| 101 | No objection |
| 102 | Relevance (FRE Rules 401, 402, 403) |
| 103 | No objection |
| 104 | Relevance (FRE Rules 401, 402, 403) |
| 105 | Relevance (FRE Rules 401, 402, 403) |

| | |
|---|---|
| 106 | Relevance (FRE Rules 401, 402, 403) |
| 107 | Relevance (FRE Rules 401, 402, 403) |
| 108 | Relevance (FRE Rules 401, 402, 403) |
| 109 | Relevance (FRE Rules 401, 402, 403) |
| 110 | No objection |
| 111 | No objection |
| 112 | Relevance (FRE Rules 401, 402, 403) |
| 113 | No objection |
| 114 | No objection |
| 115 | No objection |
| 116 | No objection |
| 117 | No objection |
| 118 | No objection |
| 119 | No objection |
| 120 | No objection |
| 121 | No objection |
| 122 | No objection |
| 123 | No objection |
| 124 | No objection |

| | |
|---|---|
| 125 | No objection |
| 126 | No objection |
| 127 | No objection |
| 128 | No objection |
| 129 | No objection |
| 130 | No objection |
| 131 | No objection |
| 132 | No objection |
| 133 | No objection |
| 134 | Relevance (FRE Rules 401, 402, 403); Incomplete document (FRE Rule 1001) |
| 135 | No objection |
| 136 | Relevance (FRE Rules 401, 402, 403) |
| 137 | Relevance (FRE Rules 401, 402, 403) |
| 138 | Relevance (FRE Rules 401, 402, 403) |
| 139 | Relevance (FRE Rules 401, 402, 403) |
| 140 | Relevance (FRE Rules 401, 402, 403) |
| 141 | Relevance (FRE Rules 401, 402, 403) |
| 142 | Relevance (FRE Rules 401, 402, 403) |

| | |
|---|---|
| 143 | Relevance (FRE Rules 401, 402, 403) |
| 144 | Relevance (FRE Rules 401, 402, 403) |
| 145 | Relevance (FRE Rules 401, 402, 403) |
| 146 | Relevance (FRE Rules 401, 402, 403) |
| 147 | Relevance (FRE Rules 401, 402, 403) |
| 148 | Relevance (FRE Rules 401, 402, 403) |
| 149 | Relevance (FRE Rules 401, 402, 403) |
| 150 | Relevance (FRE Rules 401, 402, 403) |
| 151 | Relevance (FRE Rules 401, 402, 403) |
| 152 | Relevance (FRE Rules 401, 402, 403) |
| 153 | No objection |
| 154 | Relevance (FRE Rules 401, 402, 403) |
| 155 | Relevance (FRE Rules 401, 402, 403) |
| 156 | Relevance (FRE Rules 401, 402, 403) |
| 157 | Relevance (FRE Rules 401, 402, 403) |
| 158 | Relevance (FRE Rules 401, 402, 403) |
| 159 | Relevance (FRE Rules 401, 402, 403) |
| 160 | Relevance (FRE Rules 401, 402, 403) |
| 161 | Relevance (FRE Rules 401, 402, 403) |

| | |
|---|---|
| 162 | Relevance (FRE Rules 401, 402, 403) |
| 163 | Relevance (FRE Rules 401, 402, 403) |
| 164 | Relevance (FRE Rules 401, 402, 403) |
| 165 | Relevance (FRE Rules 401, 402, 403) |
| 166 | Relevance (FRE Rules 401, 402, 403) |
| 167 | Relevance (FRE Rules 401, 402, 403) |
| 168 | Relevance (FRE Rules 401, 402, 403) |
| 169 | Relevance (FRE Rules 401, 402, 403) |
| 170 | Relevance (FRE Rules 401, 402, 403) |
| 171 | Relevance (FRE Rules 401, 402, 403) |
| 172 | Relevance (FRE Rules 401, 402, 403) |
| 173 | Relevance (FRE Rules 401, 402, 403) |
| 174 | Relevance (FRE Rules 401, 402, 403) |
| 175 | Relevance (FRE Rules 401, 402, 403) |
| 176 | Relevance (FRE Rules 401, 402, 403) |
| 177 | Relevance (FRE Rules 401, 402, 403) |
| 178 | Relevance (FRE Rules 401, 402, 403) |
| 179 | Relevance (FRE Rules 401, 402, 403) |
| 180 | Relevance (FRE Rules 401, 402, 403) |

| | |
|---|---|
| 181 | Relevance (FRE Rules 401, 402, 403) |
| 182 | Relevance (FRE Rules 401, 402, 403) |
| 183 | Relevance (FRE Rules 401, 402, 403) |
| 184 | Relevance (FRE Rules 401, 402, 403) |
| 185 | Relevance (FRE Rules 401, 402, 403) |
| 186 | Relevance (FRE Rules 401, 402, 403) |
| 187 | Relevance (FRE Rules 401, 402, 403) |
| 188 | Relevance (FRE Rules 401, 402, 403) |
| 189 | Relevant (FRE Rules 401, 402, 403, 404); Hearsay (FRE Rules 801,802) |
| 190 | Relevant (FRE Rules 401, 402, 403, 404); Hearsay (FRE Rules 801,802) |
| 191 | Relevant (FRE Rules 401, 402, 403, 404); Hearsay (FRE Rules 801,802) |
| 192 | No objection |
| 193 | No objection |
| 194 | No objection |
| 300 | No objection |
| 301 | Incomplete/redacted document (FRE Rule 1001) |

302        Hearsay (FRE Rules 801, 802)

DATED: Honolulu, Hawaii, April 29, 2008.

/s/ Charles A. Price
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO