KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA         768-0
CHARLES A. PRICE            5098-0
ANDREW DAISUKE STEWART 7810-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email: jkoshiba@koshibalaw.com
       cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE ENDO, ) | CIVIL NO. CV03-00563 SPK KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE (RE: |
| ) | DEFENDANT'S PROPOSED |
| vs. ) | SPECIAL VERDICT FORM) |
| ) | |
| UNITED PUBLIC WORKERS, ) | |
| AFSCME LOCAL 646, AFL-CIO, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| GARY W. RODRIGUES, ) | |
| ) | |
| Third-Party Defendant. ) | |
| ) | |
| _____) | |

CERTIFICATE OF SERVICE
(RE: DEFENDANT'S PROPOSED SPECIAL VERDICT FORM)

The undersigned hereby certifies that on April 29, 2008, a correct copy of DEFENDANT'S PROPOSED SPECIAL VERDICT FORM was duly served on the following parties by electronic means:

   CLAYTON C. IKEI, ESQ.
   Law Off. of Clayton Ikei
   Commerce Tower
   1440 Kapiolani Blvd., Suite 1203
   Honolulu, Hawaii 96814

   Attorney for Plaintiff
   JEANNE ENDO

   ERIC A. SEITZ, ESQ.
   Haseko Center
   820 Mililani Street, Suite 714
   Honolulu, Hawaii 96813

   Attorney for Third-Party Defendant
   GARY W. RODRIGUES

   DATED:  Honolulu, Hawaii, April 29, 2008.

                    /s/ Andrew D. Stewart
                   JAMES E.T. KOSHIBA
                   CHARLES A. PRICE
                   ANDREW DAISUKE STEWART
                   Attorneys for UNITED PUBLIC WORKERS,
                   AFSCME, LOCAL 646, AFL-CIO