ORIGINAL



CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI        1260
JERRY P.S. CHANG       6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | CIVIL NO. 03-00563 LEK |
| Plaintiff, | PLAINTIFF'S PROPOSED CONCISE STATEMENT OF THE CASE; CERTIFICATE OF SERVICE |
| v. | |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | |
| Defendant. | |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | |
| Third-Party Plaintiff, | |
| v. | |
| GARY W. RODRIGUES, | |
| Third-Party Defendant. | TRIAL DATE: May 13, 2008 |

**PLAINTIFF'S PROPOSED CONCISE STATEMENT OF THE CASE**

Plaintiff Jeanne K. Endo, by and through her counsel, hereby submits her Proposed Concise Statement of the Case:

> Plaintiff, Jeanne K. Endo, has been an employee of Defendant UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO ("UPW"). Plaintiff alleges that during the period Third-Party Defendant Gary W. Rodrigues ("Rodrigues") was the State Director for the UPW, and

Plaintiff's supervisor, she was subjected to hostile work environment sexual harassment.

In addition, Plaintiff alleges that she was subjected to unlawful reprisal when she refused or resisted Rodrigues' alleged sexual advances, and filed a discrimination complaint against the UPW with the Equal Employment Opportunity Commission and Hawaii Civil Rights Commission.

DATED: Honolulu, Hawaii, April 29, 2008.

                                                CLAYTON C. IKEI
                                                JERRY P.S. CHANG

                                                Attorney for Plaintiff
                                                JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| v. | ) |
| | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GARY W. RODRIGUES, | ) |
| | ) |
| Third-Party Defendant. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing document was duly served upon the following parties at their last known address U.S. Mail, postage prepaid on April 29, 2008:

> TO: ERIC A. SEITZ, ESQ.
> LAWRENCE I. KAWASAKI, ESQ.
> 820 Mililani Street, Suite 714
> Honolulu, Hawaii 96813
>
> Attorneys for Third Party
> Defendant Gary W. Rodrigues

AND

```
              JAMES E.T. KOSHIBA, ESQ.
              CHARLES A. PRICE, ESQ.
              KOSHIBA AGENA & KUBOTA
              2600 Pauahi Tower
              1001 Bishop Street
              Honolulu, Hawaii 96813

              Attorneys for Defendant
              UPW, AFSCME, LOCAL 646, AFL-CIO
```

DATED:  Honolulu, Hawaii, April 29, 2008.

                              _____
                              CLAYTON C. IKEI
                              JERRY P.S. CHANG

                              Attorneys for Plaintiff
                              JEANNE K. ENDO

2