CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI      1260
JERRY P.S. CHANG     6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| Plaintiff, | ) PLAINTIFF'S OBJECTIONS TO |
| | ) THIRD-PARTY DEFENDANT GARY W. |
| v. | ) ROGDRIGUES' EXHIBITS; |
| | ) CERTIFICATE OF SERVICE |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| Defendant. | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| GARY W. RODRIGUES, | ) |
| Third-Party Defendant. | ) TRIAL DATE: May 13, 2008 |

**PLAINTIFF'S OBJECTIONS TO THIRD-PARTY
DEFENDANT GARY W. ROGDRIGUES' EXHIBITS**

Plaintiff Jeanne K. Endo, by and through her counsel, hereby submits her Objections to Third-party Defendant Gary W. Rodrigues' Exhibits.

Plaintiff objects to Rodrigues' Exhibit No. 300, described as "Investigation Report re: Jeanne K. Endo v. UPW, et al., FEPA NO. 11259, EEOC NO. 378-A2-0018, Dated May 2002." Plaintiff contends that this exhibit constitutes hearsay, not subject to any hearsay exception. See, Fed. R.Evid. 801 to 804. Also, this "report" was prepared by Dwight Takeno, which Plaintiff contends was not a fair and impartial report, but was one-sided in favor of Rodrigues.

Plaintiff further objects to Rodrigues Exhibit No. 302, described as "Position Statement of Gary Rodrigues submitted to EEOC May 13, 2002, in response to Charge No. 378A200188." Plaintiff contends this exhibit constitutes hearsay, not subject to any hearsay exception. Fed. R.Evid. 801 to 804. Also, as this statement was Rodrigues' response to the EEOC as to Plaintiff's EEOC and HCRC complaints, it was not was not made in the form of a sworn affidavit or unsworn declaration, per 28 U.S.C. 1746.

Therefore, for the foregoing reasons, Plaintiff requests that these exhibits be excluded.

DATED: Honolulu, Hawaii, April 29, 2008.

                                                                                                                                        _____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| v. | ) |
| | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GARY W. RODRIGUES, | ) |
| | ) |
| Third-Party Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following parties at their last known address via U.S. mail, postage prepaid, on April 29, 2008:

        TO: ERIC A. SEITZ, ESQ.
             LAWRENCE I. KAWASAKI, ESQ.
             820 Mililani Street, Suite 714
             Honolulu, Hawaii 96813

             Attorneys for Third-Party
             Defendant Gary W. Rodrigues

AND

```
              JAMES E.T. KOSHIBA, ESQ.
              CHARLES A. PRICE, ESQ.
              KOSHIBA AGENA & KUBOTA
              2600 Pauahi Tower
              1001 Bishop Street
              Honolulu, Hawaii 96813

              Attorneys for Defendant
              UPW, AFSCME, LOCAL 646, AFL-CIO
```

DATED:  Honolulu, Hawaii, April 29, 2008.

```
                              _____
                              CLAYTON C. IKEI
                              JERRY P.S. CHANG

                              Attorneys for Plaintiff
                              JEANNE K. ENDO
```

2