CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI        1260
JERRY P.S. CHANG       6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| | ) |
| Plaintiff, | ) PLAINTIFF'S STATEMENT OF NO |
| | ) OPPOSITION TO DEFENDANT UNITED |
| v. | ) PUBLIC WORKERS' MOTION IN |
| | ) LIMINE RE: SETTLEMENT |
| UNITED PUBLIC WORKERS, AFSCME | ) DISCUSSION; CERTIFICATE OF |
| LOCAL 646, AFL-CIO, | ) SERVICE |
| | ) |
| Defendant. | ) |
| | ) |
| UNITED PUBLIC WORKERS, | ) |
| AFSCME LOCAL 646, AFL-CIO, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GARY W. RODRIGUES, | ) |
| | ) |
| Third-Party Defendant. | ) |
| | ) |
| | TRIAL DATE: May 13, 2008 |

**PLAINTIFF'S STATEMENT OF NO OPPOSITION TO DEFENDANT UNITED
PUBLIC WORKERS' MOTION IN LIMINE RE: SETTLEMENT DISCUSSION**

Plaintiff Jeanne K. Endo, by and through her counsel, hereby states that she does not oppose Defendant United Public Workers' Motion in Limine regarding past settlement discussions between it and Plaintiff.

DATED: Honolulu, Hawaii, April 29, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| Defendant. | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| GARY W. RODRIGUES, | ) |
| Third-Party Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following parties at their last known address via U.S. mail, postage prepaid, on April 29, 2008:

    TO:  ERIC A. SEITZ, ESQ.
           LAWRENCE I. KAWASAKI, ESQ.
           820 Mililani Street, Suite 714
           Honolulu, Hawaii 96813

           Attorneys for Third Party
           Defendant Gary W. Rodrigues

AND

```
              JAMES E.T. KOSHIBA, ESQ.
              CHARLES A. PRICE, ESQ.
              KOSHIBA AGENA & KUBOTA
              2600 Pauahi Tower
              1001 Bishop Street
              Honolulu, Hawaii 96813

              Attorneys for Defendant
              UPW, AFSCME, LOCAL 646, AFL-CIO

DATED:  Honolulu, Hawaii, April 29, 2008.


                              _____
                              CLAYTON C. IKEI
                              JERRY P.S. CHANG

                              Attorneys for Plaintiff
                              JEANNE K. ENDO
```

2