*CORRESPONDENCE*

*CORRESPONDENCE*

Office of the Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd., Rm. C-338
Honolulu, Hawaii 96850
Ph. 541-1300

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TO:** Counsel

**FROM:** Sue Beitia
Warren Nakamura, Courtroom Manager

**DATE:** 05/05/2008

**RE:** Realtime Court Reporting Services
CIVIL NO. 03-00563LEK Jeanne K. Endo vs. United Public Workers, etc., et al. On 05/13/2008

      The Judges of the United States District Court have requested that real-time reporting services be provided to them during evidentiary hearings and civil trials involving the taking of testimony from a live witness.

      In order to provide the Court with an accurate and more useful realtime record of proceedings, counsel is directed to submit the following information to the courtroom manager no later than six (6) days before the hearing date: **(as soon as possible)**

1. Names of parties and attorneys to the action;
2. Witness list;
3. Exhibit list.

      The information will be shared with the court reporter to enable them to program computers with steno outlines unique to your personal case.

      Thank you.

cc:    Debra Chun, Court Reporter Supervisor
Automation Section Supervisor