KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA          768-0
CHARLES A. PRICE          5098-0
ANDREW DAISUKE STEWART 7810-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email: jkoshiba@koshibalaw.com
       cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNE ENDO, | ) | CIVIL NO. CV03-00563 SPK KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | RE: (1) DEFENDANT'S |
| vs. | ) | PROPOSED SUPPLEMENTAL |
| | ) | JURY INSTRUCTIONS (STERILE) |
| UNITED PUBLIC WORKERS, | ) | AND (2) DEFENDANT UNITED |
| AFSCME LOCAL 646, AFL-CIO, | ) | PUBLIC WORKERS' OBJECTIONS |
| | ) | TO OTHER PARTIES' PROPOSED |
| Defendant, | ) | JURY INSTRUCTIONS |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY W. RODRIGUES, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE
RE: (1) DEFENDANT'S PROPOSED SUPPLEMENTAL JURY
INSTRUCTIONS (STERILE) AND
(2) DEFENDANT UNITED PUBLIC WORKERS' OBJECTIONS
<u>TO OTHER PARTIES' PROPOSED JURY INSTRUCTIONS</u>

The undersigned hereby certifies that on May 6, 2008, a correct copy

of (1) DEFENDANT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS

(STERILE) AND (2) DEFENDANT UNITED PUBLIC WORKERS' OBJECTIONS

TO OTHER PARTIES' PROPOSED JURY INSTRUCTIONS were duly served on

the following party by electronic means:

CLAYTON C. IKEI, ESQ.
Law Off. of Clayton Ikei
Commerce Tower
1440 Kapiolani Blvd., Suite 1203
Honolulu, Hawaii 96814

Attorney for Plaintiff
JEANNE ENDO

ERIC A. SEITZ, ESQ.
Haseko Center
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Third-Party Defendant
GARY W. RODRIGUES

DATED:  Honolulu, Hawaii, May 6, 2008.


 /s/ Charles A. Price
JAMES E.T. KOSHIBA
CHARLES A. PRICE
ANDREW DAISUKE STEWART
Attorneys for UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO