CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI          1260
JERRY P.S. CHANG         6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JEANNE K. ENDO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 06 2008

at __ o'clock and 30 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| | ) |
| Plaintiff, | ) PLAINTIFF'S STATEMENT OF NO |
| | ) POSITION TO THIRD-PARTY |
| v. | ) DEFENDANT GARY W. RODRIGUES' |
| | ) PROPOSED JURY INSTRUCTIONS, |
| UNITED PUBLIC WORKERS, AFSCME | ) FILED APRIL 29, 2008; |
| LOCAL 646, AFL-CIO, | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |
| UNITED PUBLIC WORKERS, | ) |
| AFSCME LOCAL 646, AFL-CIO, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GARY W. RODRIGUES, | ) |
| | ) |
| Third-Party Defendant. | ) TRIAL DATE: May 13, 2008 |

**PLAINTIFF'S STATEMENT OF NO POSITION TO
THIRD-PARTY DEFENDANT GARY W. RODRIGUES'
PROPOSED JURY INSTRUCTIONS, FILED APRIL 29, 2008**

Plaintiff Jeanne K. Endo, by and through her counsel, hereby states she has no position to Defendant Gary W. Rodrigues' Proposed Jury Instructions filed on April 29, 2008.

Plaintiff notes that Rodrigues did not serve upon her his proposed supplemental jury instructions per Local Rule 51.1.

DATED: Honolulu, Hawaii, May 6, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JEANNE K. ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE K. ENDO, | ) CIVIL NO. 03-00563 LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| Defendant. | ) |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| GARY W. RODRIGUES, | ) |
| Third-Party Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following parties at their last known address via hand delivery on May 6, 2008:

> TO: ERIC A. SEITZ, ESQ.
> LAWRENCE I. KAWASAKI, ESQ.
> 820 Mililani Street, Suite 714
> Honolulu, Hawaii 96813
>
> Attorneys for Third-Party
> Defendant Gary W. Rodrigues
>
> JAMES E.T. KOSHIBA, ESQ.
> CHARLES A. PRICE, ESQ.
> KOSHIBA AGENA & KUBOTA
> 2600 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813

```
                    Attorneys for Defendant
                    UPW, AFSCME, LOCAL 646, AFL-CIO

DATED:  Honolulu, Hawaii, May 6, 2008.

                    _____
                    CLAYTON C. IKEI
                    JERRY P.S. CHANG

                    Attorneys for Plaintiff
                    JEANNE K. ENDO
```

2