# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00563LEK |
| CASE NAME: | Jeanne J. Endo vs. United Public Workers, et al. |
| ATTYS FOR PLA: | Clayton C. Ikei |
| ATTYS FOR DEFT: | Charles A. Price |
| | Eric A. Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 05/13/2008 | TIME: | 9:00-9:02; 9:24-9:32 |

COURT ACTION:  EP: Settlement on the Record held.  Plaintiff Jeanne K. Endo present.

Terms stated. Trial date and all deadlines are Vacated.

Stipulation for Dismissal submitted to the Court for Court's consideration.

Submitted by: Warren N. Nakamura, Courtroom Manager