ORIGINAL

KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA          768-0
CHARLES A. PRICE             5098-0
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email:  jkoshiba@koshibalaw.com
        cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

LODGED
MAY 13 2008  no copies
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 13 2008
at 11 o'clock and ___ min. a M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNE ENDO, | CIVIL NO. CV03-00563 SPK KSC (LEK) |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES |
| vs. | |
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, | |
| Defendant, | |
| vs. | |
| GARY W. RODRIGUES, | Trial Date:  May 13, 2008 |
| Third-Party Defendant. | |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND ALL PARTIES

Pursuant to Rule 41(a)(1)(ii) and (c) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between all parties appearing herein, through each parties' respective counsel, that all claims and all parties are hereby dismissed with prejudice.

Trial in this matter was set for May 13, 2008.

There are no remaining claims, parties or issues.

Counsel for all parties appearing in this action have signed this Stipulation.

Dated: Honolulu, Hawaii, _____May 13_____, 2008

_____
CLAYTON C. IKEI.
Attorney for Plaintiff
JEANNE ENDO

_____
CHARLES A. PRICE
Attorneys for Defendant/Third-Party Plaintiff
UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO

_____
ERIC A. SEITZ
Attorney for Third-Party Defendant
GARY W. RODRIGUES

APPROVED AND SO ORDERED:

_____
Magistrate Judge Leslie E. Kobayashi

---

Jeanne Endo vs. United Public Workers, AFSCME Local 646, AFL-CIO vs. Gary Rodrigues; Civil No. CV03-00563 LEK; Stipulation for Dismissal With Prejudice of All Claims and All Parties